### United States Bankruptcy Court
### Southern District of Iowa

**IN RE:**

Case No. _____

**Iowa Wine Cooperative**
_____    Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................................... $ _____ **3,000.00**

    Prior to the filing of this statement I have received ................................................................ $ _____ **3,000.00**

    Balance Due ................................................................................................ $ _____ **0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Filing fee.  All other attorney services are payable at the hourly rate of $250.00 and all legal assistant services are payable at the hourly rate of $95.00 per hour.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**December 21, 2010**_____        */s/ Steven C. Reed*
Date

Steven C. Reed AT0006561
Law Offices of Steven C. Reed
1741 Grand Avenue
West Des Moines, IA  50265
(515) 224-1776 Fax: (515) 224-1891
sreed-law@msn.com

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **United States Bankruptcy Court**<br>**Southern District of Iowa** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Iowa Wine Cooperative** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **36-4518424** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1400 West Clay Street**<br>**Osceola, IA**<br><br>ZIPCODE **50213** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Clarke** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>**Cooperative** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>              Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>   debts, defined in 11 U.S.C.        business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (4/10)    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Iowa Wine Cooperative** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                          Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Iowa Wine Cooperative** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

**X** */s/ Steven C. Reed*
Signature of Attorney for Debtor(s)

**Steven C. Reed AT0006561**
**Law Offices of Steven C. Reed**
**1741 Grand Avenue**
**West Des Moines, IA  50265**
**(515) 224-1776  Fax: (515) 224-1891**
**sreed-law@msn.com**

**December 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Brandt Williamson*
Signature of Authorized Individual

**Brandt Williamson**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**December 21, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Iowa Wine Cooperative</u>                                                Case No. _____
Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

All Other Names used by the Debtor in the last 8 years:

**dba Southern Hills Winery**
**Iowa Favorites**
**TRG&W, LLC**
**Two Rivers Grape & Wine Cooperative**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Southern District of Iowa**

IN RE:                                                                Case No. _____

**Iowa Wine Cooperative** _____  Chapter **7** _____
                                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 59,007.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,648,453.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | $ 21,760.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | $ 207,222.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 61 | $ 59,007.00 | $ 1,877,436.03 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                    Debtor(s)                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account #003791073709 (approximate amount)** | | 100.00 |
| | | **Fidelity Bank Checking Account #695528 (approximate amount)** | | 140.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | | **unknown** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford Windstar Cargo Van (+120,000 miles)** | | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Wine inventory** | | **54,767.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**

Debtor(s)                                                    Case No. _____

                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | | **TRW&G, LLC is wholly-owned subsidiary of the Cooperative. All other assets belong to the LLC (including accounts receivable, kitchen & catering equipment, office equipment, other cellar equipment - including pallet jack, powerwasher, hand tools & parts, wine inventory, winemaking equipment and winery building located at 1400 Clay St. in Osceola, Iowa.)** | | **unknown** |
| | | | **TOTAL** | **59,007.00** |

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Iowa Wine Cooperative** _____     Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Iowa Wine Cooperative** _____    Case No. _____
<br>                              Debtor(s)                               (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4776** <br><br>**Clarke County State Bank** <br>**139 South Main Street** <br>**PO Box 487** <br>**Osceola, IA  50213** | X | | **Loans on various dates - Inventory, equipment, receivables and real estate of another entity** <br><br> VALUE $ | | | | 1,492,129.39 | 1,492,129.39 |
| ACCOUNT NO. **P003** <br><br>**Iowa Department Of Economic Development** <br>**Loan Servicing** <br>**200 E. Grand Avenue** <br>**Des Moines, IA  50309** | X | | **Possibly secured on equipment** <br>**a)  05-VAP-003** <br>**b)  04-NCIP-030** <br><br> VALUE $ | | | | 156,324.00 | 156,324.00 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

_____ **0** continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal <br> (Total of this page) | $  **1,648,453.39** | $  **1,648,453.39** |
| Total <br> (Use only on last page) | $  **1,648,453.39** | $  **1,648,453.39** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Iowa Wine Cooperative** _____    Case No. _____
_____
Debtor(s)                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **6** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Iowa Wine Cooperative**                                          Case No. _____
_____
                    Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Azza I. Khalofallah** <br> **2615 Kingman Blvd.** <br> **Des Moines, IA  50311** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Catherine D. Hammond** <br> **100 Ash St., Lot 57** <br> **Carlisle, IA  50047** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Cheryl R. Waggoner** <br> **910 Herold Ave., Apt. #8** <br> **Des Moines, IA  50315** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Cindy J. Lynch** <br> **3203 SW 26th St.** <br> **Ankeny, IA  50023** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Jessica R. Bartlett** <br> **2117 Swan Drive** <br> **Norwalk, IA  50211** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Juanita S. Scriven** <br> **8844 Meredith Derive** <br> **Urbandale, IA  50322** | | | **Unpaid wages** | | | X | **unknown** | | |

Sheet no. ___**1**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ _____ | $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
                                          Debtor(s)                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kristi Duus** <br> **2314 E. 40th Ct.** <br> **Des Moines, IA  50317** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Lisa K. Springer** <br> **3082 115th St.** <br> **Ellston, IA  50074** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Lois M. Forrester** <br> **1484 NW 102nd** <br> **Clive, IA  50325** | | | **Unpaid wages** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Lucas McIntire** <br> **307 S. Elm St.** <br> **Anamosa, IA  52205** | | | **Contract employee - winemaker** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Matt Braffhart** <br> **3317 Woodland Avenue** <br> **Des Moines, IA  50312** | | | **Contract employee - winemaker** | | | X | **unknown** | | |
| ACCOUNT NO. <br> **Megan Morris** <br> **535 Main St.** <br> **Carlisle, IA  50047** | | | **Unpaid wages** | | | X | **unknown** | | |

Sheet no. ___**2**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                    Debtor(s)                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Patrick J. Harrington**<br>**2664 Park Place**<br>**Norwalk, IA  50211** | | | Unpaid wages | | | X | **unknown** | | |
| ACCOUNT NO.<br>**Rose L. Olson**<br>**3389 230th St.**<br>**Murray, IA  50174** | | | Unpaid wages | | | X | **unknown** | | |
| ACCOUNT NO.<br>**Tami J. Frazer**<br>**923 E. 17th, Apt. 50**<br>**Norwalk, IA  50211** | | | Unpaid wages | | | X | **unknown** | | |
| ACCOUNT NO.<br>**Tawny D. Waske**<br>**2026 Garden St.**<br>**Osceola, IA  50213** | | | Unpaid wages | | | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ _____ | $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

**IN RE** Iowa Wine Cooperative
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Deposits by individuals
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Emily Layton<br>22139 County Highway J20<br>Leon, IA  50144** | | | **Deposit on facility** | X | | X | **50.00** | **50.00** | |
| ACCOUNT NO.<br>**Oxsana Torres<br>321 West Clay Street<br>Osceola, IA  50213** | | | **Deposit on facility** | X | | X | **274.00** | **274.00** | |
| ACCOUNT NO.<br>**Robin Porter<br>9627 Buchanan Trail<br>Norwalk, IA  50211** | | | **Deposit on facility** | X | | X | **80.00** | **80.00** | |
| ACCOUNT NO.<br>**Sue Crawford<br>1058 Harken Hills<br>Osceola, IA  50213** | | | **Deposit on facility** | X | | X | **187.50** | **187.50** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **4** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **591.50** $ **591.50** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

**IN RE** Iowa Wine Cooperative
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alcohol & Tobacco Tax And Trade Bureau<br>PO Box 790353<br>St. Louis, MO  63179-0353 | | | Excise taxes | | | | 858.59 | 858.59 | |
| ACCOUNT NO.<br>Alcohol & Tobacco Tax And Trade Bureau<br>550 Main Street, Room 8002<br>Cincinnati, OH  45202 | | | Unknown taxes | | | | unknown | | |
| ACCOUNT NO. 8897<br>Clarke County Treasurer<br>PO Box 157<br>Osceola, IA  50213-0157 | | | Property taxes.  Taxpayer ID #38897, Address #14969. OSCCA parcel #12175.<br>Legal description:  Parcel E of Parcel C in SW, NW, Section 18 7.46 acres | | | | 3,400.00 | 3,400.00 | |
| ACCOUNT NO.<br>Internal Revenue Service<br>Insolvency<br>210 Walnut Street Stop 5301<br>Des Moines, IA  50309-2103 | | | Unknown taxes | | | | unknown | | |
| ACCOUNT NO.<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114 | | | Unknown taxes | | | | unknown | | |
| ACCOUNT NO.<br>Iowa Alcoholic Beverages Division<br>1918 SE Hulsizer<br>Ankeny, IA  50021 | | | Native wine gallonage excise tax | | | | 1,951.98 | 1,951.98 | |

Sheet no. __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 6,210.57 | $ 6,210.57 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Iowa Department Of Revenue Accounts Receivable Unit PO Box 10471 Des Moines, IA  50306-0471** | | | **Payroll taxes** | | | | **unknown** | | |
| ACCOUNT NO. <br> **Iowa Department Of Revenue Withholding Tax Processing PO Box 10411 Des Moines, IA  50306** | | | **Withholding taxes** | | | | **unknown** | | |
| ACCOUNT NO. **0414** <br> **Iowa Department Of Revenue Accounts Receivable Unit PO Box 10471 Des Moines, IA  50306-0471** | | | **Sales Tax** | | | | **14,958.43** | **14,958.43** | |
| ACCOUNT NO. <br> **Iowa Workforce Developement PO Box 4846 Des Moines, IA  50306-4846** | | | **Payroll taxes** | | | | **unknown** | | |
| ACCOUNT NO. <br> **Treasurer State Of Iowa Capitol Building Des Moines, IA  50319** | | | **Unknown taxes or fees** | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **14,958.43** | $ **14,958.43** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **21,760.50**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **21,760.50** | $

B6F (Official Form 6F) (12/07)

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                          Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**141 Art Glass**<br>**Renita Lockner**<br>**18836 Wendover Ave.**<br>**Granger, IA  50109** | | | **Consignment jewelry** | | | | **unknown** |
| ACCOUNT NO.<br>**6 Little Hands, LLC**<br>**8408 Blackstone Court**<br>**Johnston, IA  50231** | | | **Consignment - beauty products** | | | | **unknown** |
| ACCOUNT NO.<br>**Adel Partners Chambers Of Commerce**<br>**PO Box 73**<br>**Adel, IA  50003** | | | **Farmers Market participation fee** | | | | **unknown** |
| ACCOUNT NO. **9372**<br>**ADT Security Services, Inc.**<br>**PO Box 371967**<br>**Pittsburgh, PA  15250-7956** | | | **Security system contract** | | | | **92.80** |

_____ **45** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ | **92.80** |
|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Advertizer** <br> **115 E. Washington** <br> **PO Box 447** <br> **Osceola, IA  50213-0447** | | | **Newspaper advertisement** | | | | **unknown** |
| ACCOUNT NO. <br> **Affiniti Group** <br> **2150 Delaware Avenue** <br> **Des Moines, IA  50317** | | | **Wine bottle labels** | | | | **2,884.15** |
| ACCOUNT NO. <br> **Air Filter Services** <br> **108 SE 4th St.** <br> **Des Moines, IA  50309** | | | **Maintenance services - air filters for winery** | | | | **unknown** |
| ACCOUNT NO. <br> **Al Clough** <br> **1294 Green Acres Drive** <br> **Ellston, IA  50074** | | | **Book on consignment** | | | | **unknown** |
| ACCOUNT NO. <br> **Al's Transmission Service** <br> **606 E. 2nd Avenue** <br> **Indianola, IA  50125** | | | **Van maintenance and repair** | | | | **unknown** |
| ACCOUNT NO. <br> **Allen Petersen** <br> **1397 - 280th** <br> **Exira, IA  50076** | | | **Shareholder - grape purchase debt** | | | | **410.00** |
| ACCOUNT NO. **2501** <br> **Alliant Energy** <br> **PO Box 3066** <br> **Cedar Rapids, IA  52406-3066** | | | **Electric utility at winery** | | | | **unknown** |

Sheet no. ___**1**___ of ___**45**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,294.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
                              Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5765** <br> **American Express** <br> **PO Box 53852** <br> **Phoenix, AZ  85072-3852** | | | Credit card account processed through Heartland Payment Systems | | | | unknown |
| ACCOUNT NO. <br> **Annette Cookman** <br> **1101 Valley West Drive** <br> **West Des Moines, IA  50266-2139** | | | Consignment clothing vendor | | | | unknown |
| ACCOUNT NO. <br> **Aprons By Kathy** <br> **Kathy Van Sloun** <br> **4133 30th St.** <br> **Des Moines, IA  50310** | | | Clothing consignment vendor | | | | unknown |
| ACCOUNT NO. **5001** <br> **Aramark Uniform Services** <br> **PO Box 16067** <br> **Des Moines, IA  50316-9402** | | | Linen services for functions at winery | | | | 158.72 |
| ACCOUNT NO. <br> **ASCAP** <br> **2675 Paces Ferry Road SE, Suite 350** <br> **Atlanta, GA  30339-3913** | | | Claimed music royalties | | | | unknown |
| ACCOUNT NO. <br> **Ayers Engraving** <br> **Brigette Ayers** <br> **PO Box 1281** <br> **Cedar Rapids, IA  52406** | | | Engraved frames consignment vendor | | | | 82.57 |
| ACCOUNT NO. <br> **B & N Designs** <br> **Beth Flannery** <br> **2909 Gilmore Ave.** <br> **Des Moines, IA  50312** | | | Jewelry consignment vendor | | | | unknown |

Sheet no. **2** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $  241.29

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**                                                Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4319**<br>**Bank Of America**<br>**PO Box 60073**<br>**City Of Industry, CA  91716-0073** | | | Commercial credit card for winery expenses | | | | **unknown** |
| ACCOUNT NO.<br>**Bank Of America**<br>**PO Box 15184**<br>**Wilmington, DE  19850-5184** | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO. **3709**<br>**Bank Of America**<br>**PO Box 25118**<br>**Tampa, FL  33622-5118** | | | Bank of America account used for processing retail credit card purchases thru Heartland Payment System | | | | **unknown** |
| ACCOUNT NO.<br>**Bead Expressive**<br>**Tracy Launspach**<br>**16695 Cordillera Drive**<br>**Peosta, IA  52068** | | | Jewelry consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Beads To Bangles**<br>**Rosanna Brammer**<br>**1862 180th Ave.**<br>**Osceola, IA  50213** | | | Jewelry consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Beaverdale Confections**<br>**Tom Coleman**<br>**2912 36th Street**<br>**Des Moines, IA  50310** | | | Food consignment vendor | | | | **100.00** |
| ACCOUNT NO.<br>**Bill & Karen Johnson**<br>**302 Ironwood Road**<br>**Avoca, IA  51521** | | | Book consignment vendor | | | | **unknown** |

Sheet no. **3** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal                    $ **100.00**
                                          (Total of this page)

                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative** _____  Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Biscott D' Amore Co.**<br>**Shana Davison**<br>**1401 NW Cedarwood Drive**<br>**Ankeny, IA  50023** | | | Food consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Blakely Tree Service**<br>**425 E. Grant St.**<br>**Osceola, IA  50213** | | | Service provider at winery - changed parking lot lights | | | | **302.00** |
| ACCOUNT NO.<br>**Bob's Auto Supply**<br>**117 E. McClane**<br>**Osceola, IA  50213** | | | Maintenance supplies for winery and winery vehicle | | | | **unknown** |
| ACCOUNT NO. **2519**<br>**Borden, Jones & Mitchell, LC**<br>**402 Adamson Square**<br>**PO Box 544**<br>**Carrollton, GA  30112** | | | Advertising - client is Fairway Outdoor Advertizing f/k/a Magic Media, account #MR901600 | | | | **2,600.00** |
| ACCOUNT NO.<br>**Brandi Shay**<br>**2258 130th St.**<br>**Tingley, IA  50863** | | | Jewelry consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Brandt Williamson**<br>**3333 Grand Avenue, Apt. 395**<br>**Des Moines, IA  50312** | | | Maintenance supplies for winery | | | | **113.39** |
| ACCOUNT NO.<br>**Brian Haltrom**<br>**208 East May**<br>**Osceola, IA  50213** | | | Snow removal service at winery | | | | **unknown** |

Sheet no. **4** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,015.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative**                                                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Brick Packaging<br>PO Box 1645<br>Traverse City, MI  49685-1645** | | | **Caps for wine bottles** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Brown, Winick, Graves, Law Firm<br>666 Grand Avenue, Suite 2000<br>Des Moines, IA  50309-2510** | | | **Legal services to winery** | | | | **3,971.85** |
| ACCOUNT NO. <br><br>**Bruce Allen<br>1209 64th St.<br>West Des Moines, IA  50266** | | | **Shareholder loan** | | | | **2,500.00** |
| ACCOUNT NO. <br><br>**Burton & Burton<br>325 Cleveland Road<br>Bogart, GA  30622** | | | **Merchandise for retail sales** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Captain Richard Riley, USN (Ret.)<br>2909 Woodland Ave., #618<br>Des Moines, IA  50312** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO. <br><br>**Central Iowa Tourism<br>PO Box 454<br>Webster City, IA  50595-0454** | | | **Print advertising** | | | | **330.00** |
| ACCOUNT NO. <br><br>**Chaney Twin Service, Inc.<br>Lyle Chaney<br>209 N. Jackson<br>Osceola, IA  50213** | | | **Transmission repair on winery van** | | | | **178.69** |

Sheet no. __**5**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **9,980.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
                Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chesnut Lawn And Landscape**<br>**PO Box 353**<br>**Osceola, IA  50213** | | | Lawn mowing at winery | | | | 2,340.00 |
| ACCOUNT NO.<br>**Chris' Stuff**<br>**PO Box 9374**<br>**Marina Del Rey, CA  90295** | | | Shirts for retail sales | | | | unknown |
| ACCOUNT NO. **3420**<br>**CIT Technology Fin Service, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL  32255-0599** | | | Lease for Gestetner copier, model DSC525, Contract #9000098192000 | | | | 6,812.00 |
| ACCOUNT NO.<br>**City Of Waukee**<br>**230 W. Hickman Road**<br>**Waukee, IA  50263-5004** | | | Fees for Farmer's Market | | | | unknown |
| ACCOUNT NO.<br>**City View**<br>**Big Green Umbrella Media**<br>**414 - 61st Street**<br>**Des Moines, IA  50312** | | | Advertising | | | | unknown |
| ACCOUNT NO.<br>**Clarke County Publishing, Inc.**<br>**PO Box 447**<br>**Osceola, IA  50213** | | | Advertising | | | | unknown |
| ACCOUNT NO. **0031**<br>**Clarke Electrical Coop, Inc.**<br>**1103 N. Main St.**<br>**PO Box 161**<br>**Osceola, IA  50213-0161** | | | Utilities | | | | 161.83 |

Sheet no. **6** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **9,313.83**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Credit Bureau Services Iowa, Inc.** <br> **1306 South 7th St.** <br> **PO Box 180** <br> **Oskaloosa, IA 52577** | | | Assignee or other notification for: <br> Clarke Electrical Coop, Inc. | | | | |
| ACCOUNT NO. <br> **Clear Channel Radio Of Des Moines** <br> **3982 Collections Center Drive** <br> **Chicago, IL 60693** | | | Advertising | | | | **unknown** |
| ACCOUNT NO. <br> **Clear Creek Orchard** <br> **11200 Highway 330 N** <br> **Collins, IA 50055** | | | Consignment - food | | | | **71.40** |
| ACCOUNT NO. <br> **Container Recovery, Inc.** <br> **2742 SE Market St.** <br> **Des Moines, IA 50317** | | | Bottle deposit | | | | **5.28** |
| ACCOUNT NO. <br> **Country Hardwoods** <br> **3497 N. Center Pointe Road** <br> **Toddville, IA 52341** | | | Consignment vendor - furniture | | | | **unknown** |
| ACCOUNT NO. <br> **Country Wonders** <br> **7637 25th Avenue** <br> **Watkins, IA 52354** | | | Consignment - household items | | | | **unknown** |
| ACCOUNT NO. <br> **Cowboy John's Grillin' & Dippin' Sauce** <br> **2850 140th Street** <br> **Stuart, IA 50250** | | | Merchandise - food | | | | **6.30** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __**7**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **82.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
                                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cowboy John's Grillin' & Dippin' Sauce**<br>**2606 - 36th St.**<br>**Des Moines, IA  50310** | | | Assignee or other notification for:<br>Cowboy John's Grillin' & Dippin' Sauce | | | | |
| ACCOUNT NO.<br>**Craftware Pottery And Baskets**<br>**6606 Grover Street**<br>**Omaha, NE  68106** | | | Baskets for retail sales | | | | **unknown** |
| ACCOUNT NO.<br>**Craig & Robin Leonard**<br>**2589 St. Charles Road**<br>**Winterset, IA  50273** | | | Shareholder & board members; grape purchases and reimbursement for supplies | | | | **unknown** |
| ACCOUNT NO.<br>**Craig & Robin Leonard**<br>**2589 St. Charles Road**<br>**Winterset, IA  50273** | | | Shareholder loan | | | | **10,000.00** |
| ACCOUNT NO. **7009**<br>**Creston Publishing Co.**<br>**503 W. Adams Street**<br>**PO Box 126**<br>**Creston, IA  50801** | | | Print advertising for events | | | | **unknown** |
| ACCOUNT NO.<br>**Criveller Company Canada**<br>**6935 Oakwood Drive**<br>**Niagara Falls, Ontario,    L2E 6SF** | | | Sales & service of wine making & bottling equipment | | | | **unknown** |
| ACCOUNT NO.<br>**Custom Creations By Rose**<br>**1862 180th Ave.**<br>**Osceola, IA  50213** | | | Craft consignment vendor | | | | **unknown** |

Sheet no. __8__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                                   Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dale's Wright Tire & Auto Service, Inc.** <br> **1825 W. Euclid Ave.** <br> **Des Moines, IA 50313** | | | Oil change for winery van | | | | **unknown** |
| ACCOUNT NO. <br> **Dallas County News** <br> **705 Main Street** <br> **PO Box 190** <br> **Adel, IA 50003** | | | Print advertising | | | | **unknown** |
| ACCOUNT NO. <br> **Dave Rowen** <br> **9458 Golden Valley Drive** <br> **Norwalk, IA 50211-1712** | | | Shareholder - Board member - grape grower debt | | | | **651.00** |
| ACCOUNT NO. <br> **Dennis & Nancy Loghry** <br> **1204 - 310th Avenue** <br> **Woodburn, IA 50275** | | | Shareholders with judgment against winery for grape purchases | | | | **2,400.00** |
| ACCOUNT NO. <br> **Dennis & Nancy Loghry** <br> **1204 - 310th Avenue** <br> **Woodburn, IA 50275** | | | Shareholder loan | | | | **3,000.00** |
| ACCOUNT NO. <br> **Dennis Loghry Construction** <br> **1204 - 310th Avenue** <br> **Woodburn, IA 50275** | | | Construction services at winery | | | | **unknown** |
| ACCOUNT NO. <br> **Department Of ABC** <br> **Attn: Licensing** <br> **3927 Lennane Drive, Suite 100** <br> **Sacramento, CA 95834** | | | License renewal - wine shipping | | | | **unknown** |

Sheet no. **9** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **6,051.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**                                                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Des Moines Radio Group**<br>**1416 Locust St.**<br>**Des Moines, IA  50309** | | | **Advertising** | | | | **unknown** |
| ACCOUNT NO.<br>**Des Moines Stamp**<br>**851 2nd Ave.**<br>**PO Box 1798**<br>**Des Moines, IA  50306** | | | **Business supplies** | | | | **unknown** |
| ACCOUNT NO.<br>**Dianne Jungmann**<br>**202 SW 5th St.**<br>**Greenfield, IA  50849-1306** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO. **6828**<br>**Discover Network**<br>**PO Box 52145**<br>**Phoenix, AZ  85072-2145** | | | **Credit card used to process customer sales thru Heartland Payment Systems** | | | | **unknown** |
| ACCOUNT NO.<br>**DMI Products**<br>**1520 - 45th St.**<br>**Des Moines, IA  50311** | | | **Paper products consignment vendor** | | | | **unknown** |
| ACCOUNT NO. **4160**<br>**Doll Distributing, LLC**<br>**1901 DeWolf Street**<br>**Des Moines, IA  50316** | | | **Beer & soda for retail sales** | | | | **unknown** |
| ACCOUNT NO.<br>**Donita, Inc.**<br>**17597 Amber Road X44**<br>**Monticello, IA  52310** | | | **Crafts consignment vendor** | | | | **0.00** |

Sheet no. ___**10**___ of ___**45**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **3,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____  Case No. _____
        Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dutch Oven Bakery** <br> **605 Story Street** <br> **Boone, IA  50036** | | | **Pastries purchase for retail sales** | | | | **unknown** |
| ACCOUNT NO. <br> **Earth Wisdom** <br> **1706 S. Main Street** <br> **Fairfield, IA  52556** | | | **Herbs & oil consignment vendor** | | | | **unknown** |
| ACCOUNT NO. <br> **Epic Products** <br> **PO Box 512439** <br> **Los Angeles, CA  90051-0439** | | | **Advertising** | | | | **unknown** |
| ACCOUNT NO. <br> **Eric M. Brewer, CPA** <br> **5550 Wild Rose Lane, Suite 400** <br> **West Des Moines, IA  50266** | | | **Tax preparation** | | | | **1,740.00** |
| ACCOUNT NO. **8239** <br> **Evergreen Enterprises** <br> **PO Box 890006** <br> **Charlotte, NC  28289-0006** | | | **Purchase items for retail resale** | | | | **unknown** |
| ACCOUNT NO. <br> **Evergreen Enterprises** <br> **5915 Midlothian Turnpike** <br> **Richmond, VA  23225** | | | **Assignee or other notification for:** <br> **Evergreen Enterprises** | | | | |
| ACCOUNT NO. **1770** <br> **Farm & Home** <br> **714 W. McLane** <br> **PO Box 516** <br> **Osceola, IA  50213** | | | **Maintenance supplies for winery** | | | | **unknown** |

Sheet no. **11** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **1,740.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Fest, LLC**<br>**Gregory Schmidt**<br>**508 4th Ave., North**<br>**Clear Lake, IA  50428** | | | **Event fee - Iowa Renaissance Festival** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Flat-D Innovations, Inc.**<br>**7531 Berkshire Drive, NE**<br>**Cedar Rapids, IA  52402** | | | **Appliance consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Florist Distributing, Inc.**<br>**2403 Bell Ave.**<br>**Des Moines, IA  50321** | | | **Flowers for Valentine's Day event** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Foo Foos 4 You**<br>**Katy Rohle**<br>**221 Derbyshire Road**<br>**Waterloo, IA  50701** | | | **Clothing consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br><br>**For The Love Of Pets**<br>**Lori Boyd**<br>**113 N. 58th Place**<br>**Cumming, IA  50061** | | | **Clothing vendor consignment** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Fred & Annabelle Diehl**<br>**PO Box 197**<br>**Osceola, IA  50213** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**Fruit Zen**<br>**Jason Spangler**<br>**6302 Windy Meadow Lane**<br>**Cedar Rapids, IA  52417** | | | **Lip balm consignment vendor** | | | | **unknown** |

Sheet no. **12** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Full Spectrum Communications**<br>**3821 71st Street, Suite F**<br>**Urbandale, IA  50322** | | | Advertising | | | | **unknown** |
| ACCOUNT NO.<br>**Functional Bags By Cynthia**<br>**Cynthia Sanger**<br>**4301 Hickory Pt**<br>**Panora, IA  50216** | | | Clothing/Accessories consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Gary & Laura Beeler**<br>**3175 Pleasantview Trail**<br>**Peru, IA  50222** | | | Shareholder loan | | | | **3,000.00** |
| ACCOUNT NO.<br>**Gary Beeler**<br>**3175 Pleasantview Trail**<br>**East Peru, IA  50222-8218** | | | Shareholder - owed for grape purchases | | | | **1,810.00** |
| ACCOUNT NO.<br>**General Casualty Insurance Companies**<br>**PO Box 3109**<br>**Milwaukee, WI  53201-3109** | | | Insurance | | | | **unknown** |
| ACCOUNT NO.<br>**General Growth Properties**<br>**101 Mills Civic Parkway**<br>**West Des Moines, IA  50266** | | | Jordan Creek Town Center lease payments for Iowa Favorites Store | | | | **unknown** |
| ACCOUNT NO.<br>**Government Liaison Services, Inc.**<br>**200 N. Glebe Road, Suite 321**<br>**Arlington, VA  22203** | | | Wine label approval | | | | **unknown** |

Sheet no. __13__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,810.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Great American Outdoor**<br>**Brad Boesenberg**<br>**710 E. Army Post Road**<br>**Des Moines, IA 50315** | | | Toys consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br><br>**Green Acres Garlic**<br>**John Lee**<br>**1712 Highway 71**<br>**Clarinda, IA 51632** | | | Food consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br><br>**GS1 US**<br>**7887 Washington Village Dr., Suite 300**<br>**Dayton, OH 45459-8605** | | | Bar code service provider | | | | **unknown** |
| ACCOUNT NO.<br><br>**GS1 US, Inc.**<br>**PO Box 71-3034**<br>**Columbus, OH 43271-3034** | | | Bar code service provider | | | | **unknown** |
| ACCOUNT NO. **7087**<br><br>**GW Kent**<br>**506 S. Huron St.**<br>**Ypsilianti, MI 48197** | | | Filters to process wine | | | | **unknown** |
| ACCOUNT NO.<br><br>**Hanson Directory Service**<br>**PO Box 786**<br>**Newton, IA 50208** | | | Advertising | | | | **unknown** |
| ACCOUNT NO.<br><br>**Hayek, Brown, Moreland & Smith, LLP**<br>**Attorneys At Law**<br>**120 East Washington St.**<br>**Iowa City, IA 52240-3924** | | | Legal fees for lawsuit | | | | **10,738.45** |

Sheet no. **14** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,738.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
<span>Debtor(s)</span>                                                          <span>(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Heart Of Iowa Wine Trail <br> C/O Eagle City Winery <br> 38536 - 160th St. <br> Iowa Falls, IA  50126** | | | **Advertising** | | | | **200.00** |
| ACCOUNT NO. <br> **Heartland Payment Systems <br> One Heartland Way <br> Jeffersonville, IN  47130** | | | **Credit card processing vendor - 3 accounts: <br> Iowa Favorites (Jordan Creek) - <br> #650000003829853 <br> Winery - #650000002180944 <br> Valley West Mall - #650000003981381** | | | | **unknown** |
| ACCOUNT NO. <br> **Historic Valley Junction Foundation <br> 217 Fifth Street <br> West Des Moines, IA  50265-4719** | | | **Valley Junction Farmer's Market** | | | | **unknown** |
| ACCOUNT NO. <br> **Hockenbergs Des Moines <br> 4267 109th Street <br> Urbandale, IA  50322** | | | **Supplies for retail operations - plastic shot glasses for tastings** | | | | **unknown** |
| ACCOUNT NO. <br> **Home Grown Heaven / The Jelly Lady <br> Terri Sinclair <br> 3131 120th Street <br> Cumming, IA  50061** | | | **Food consignment vendor** | | | | **12.85** |
| ACCOUNT NO. <br> **Hot Air Balloon Committee <br> PO Box 471 <br> Creston, IA  50801-0471** | | | **Event fee** | | | | **unknown** |
| ACCOUNT NO. <br> **Howard Goodhue <br> Sandridge Farms Co. <br> 7210 SE 52nd St. <br> Carlisle, IA  50047** | | | **Shareholder loan** | | | | **3,000.00** |

Sheet no. **15** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,212.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hudson, Mallaney & Shindler, P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA  50265-5749 | | | Legal fees | | | | 5,760.00 |
| ACCOUNT NO.<br>Hy-Vee Food Stores<br>5820 Westown Parkway<br>West Des Moines, IA  50266-8290 | | | Supplies for events & daily operations at winery | | | | unknown |
| ACCOUNT NO.<br>Hy-Vee Food Stores<br>510 W. McLane<br>Osceola, IA  50213 | | | Supplies | | | | unknown |
| ACCOUNT NO.<br>IEM International Environmental Mgmt<br>11625 Rainwater Dr., Suite 200<br>Alpharetta, GA  30009 | | | Waste management services for Jordan Creek Town Center store | | | | unknown |
| ACCOUNT NO.<br>IEM Internal Environmental Mgmt<br>24516 Network Place<br>Chicago, IL  60673-1245 | | | Assignee or other notification for:<br>IEM International Environmental Mgmt | | | | |
| ACCOUNT NO.<br>International Marketing Communications<br>PO Box 1164<br>Waukee, IA  50263 | | | Coffee for resale | | | | unknown |
| ACCOUNT NO.<br>Iowa Contract Glazing, Inc.<br>2545 106th St.<br>Urbandale, IA  50322 | | | 2 Door Sweeps | | | | unknown |

Sheet no.  **16**  of  **45**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **5,760.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Iowa Department Of Inspections & Appeals Lucas State Office Building 321 East 12th Street Des Moines, IA  50319-0083** | | | Licensing | | | | **unknown** |
| ACCOUNT NO.<br>**Iowa Department Of Transportation Office Of Traffic & Safety 800 Lincoln Way Ames, IA  50010-6993** | | | Highway sign rental | | | | **unknown** |
| ACCOUNT NO.<br>**Iowa Farm Families 3211 S. 14th St. Marshalltown, IA  50158** | | | Consignment - food | | | | **unknown** |
| ACCOUNT NO.<br>**Iowa Natural / See That Iowa Girl Innovative Growers, LLC 1222 - 180th Street State Center, IA  50247** | | | Consignment - food | | | | **unknown** |
| ACCOUNT NO.<br>**Iowa Natural / See That Iowa Girl Innovative Growers PO Box 163 Clarion, IA  50525** | | | Assignee or other notification for: Iowa Natural / See That Iowa Girl | | | | |
| ACCOUNT NO.<br>**Iowa Retail Packaging 10830 Hickman Road Des Moines, IA  50325** | | | Sacks for sold goods at retail locations | | | | **unknown** |
| ACCOUNT NO.<br>**Iowa Shirts Rosemary Fee 900 Veterans Memorial Drive Carlisle, IA  50047** | | | Clothing consignment vendor | | | | **unknown** |

Sheet no. **17** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Iowa State Fair**<br>**ATTN:  Family Living Dept.**<br>**PO Box 57130**<br>**Des Moines, IA  50317-0003** | | | **Entrace fees for wine competition** | | | | **unknown** |
| ACCOUNT NO. **9010**<br>**Iowa State University - ISU Extension**<br>**Value Added Agriculture Program**<br>**1111 NSRIC**<br>**Ames, IA  50011-3310** | | | **Business review study from May 2007** | | | | **8,246.40** |
| ACCOUNT NO. **3420**<br>**Iowa Telecom**<br>**PO Box 1046**<br>**Newton, IA  50208** | | | **Telephone service for winery** | | | | **250.00** |
| ACCOUNT NO.<br>**Iowa Telecom**<br>**PO Box 10481**<br>**Des Moines, IA  50306-0481** | | | **Assignee or other notification for:**<br>**Iowa Telecom** | | | | |
| ACCOUNT NO.<br>**Iowa Wine Growers Association**<br>**900 Des Moines Street**<br>**Des Moines, IA  50309-5549** | | | **Association dues** | | | | **100.00** |
| ACCOUNT NO.<br>**Iowa Wines.Org**<br>**Dennis Ver Mulm**<br>**3821 - 71st St., Suite F**<br>**Urbandale, IA  50322** | | | **Advertising** | | | | **250.00** |
| ACCOUNT NO.<br>**It's Made In Iowa, LLC**<br>**PO Box 399**<br>**Schleswig, IA  51461** | | | **Craft consignment vendor** | | | | **unknown** |

Sheet no. **18** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **8,846.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

**IN RE** Iowa Wine Cooperative
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jaarsma Bakery<br>727 Franklin Street<br>Pella, IA  50219 | | | Food purchased for retail sales | | | | unknown |
| ACCOUNT NO.<br><br>Jeanne's Handwoven Baskets<br>Jeanne Dudley<br>PO Box 151<br>Troy Mills, IA  52344 | | | Craft consignment vendor | | | | unknown |
| ACCOUNT NO.<br><br>Jeanne's Soaps<br>Jeanne White<br>960 7th Avenue<br>Marion, IA  52302 | | | Beauty product consignment vendor | | | | unknown |
| ACCOUNT NO.<br><br>Jeffrey Millhollin<br>Bennett Leigh Publishing Co.<br>625 Benton<br>Corning, IA  50841 | | | Music-CD consignment vendor | | | | unknown |
| ACCOUNT NO.<br><br>Jess's Lock & Key<br>404 E. 12th Ave.<br>Indianola, IA  50125-9431 | | | Replacing locks at winery | | | | unknown |
| ACCOUNT NO.<br><br>Jim McDonough Productions, Inc.<br>PO Box 107<br>Monticello, IA  52310 | | | Music-CD consignment vendor | | | | unknown |
| ACCOUNT NO.<br><br>JKS Design<br>Janis Slaughter<br>1142 - 330th Street<br>Rhodes, IA  50234 | | | Craft consignment vendor | | | | unknown |

Sheet no. **19** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____   Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **John & Cheryl Broadbent** <br> **6175 50th Ave.** <br> **Norwalk, IA  50211** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO. <br> **John Bascom** <br> **PO Box 104** <br> **Osceola, IA  50213** | | | **Shareholder - grape purchase debt** | | | | **5,279.80** |
| ACCOUNT NO. <br> **John M. Lake** <br> **D/B/A Chalkridge Vineyard** <br> **2829 Chalkridge Road** <br> **Ft. Madison, IA  52627** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO. <br> **John Wayne Birthplace** <br> **217 S. Second Street** <br> **Winterset, IA  50273** | | | **Vendor for John Wayne Birthday Celebration** | | | | **unknown** |
| ACCOUNT NO. <br> **Johnson Estate Winery, LLC** <br> **PO Box 52** <br> **West Main Road** <br> **Westfield, NY  14787** | | | **Freight Charges - shipping Niagra ju9ice to winery** | | | | **416.00** |
| ACCOUNT NO. <br> **Jon & Carol Moberg** <br> **3150 Indian Point Drive** <br> **Ellston, IA  50074** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO. <br> **Juan O Sullivans** <br> **36751 Meadowbrook Cr.** <br> **Cumming, IA  50061-4440** | | | **Purchase food product for resale** | | | | **unknown** |

Sheet no. **20** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **14,695.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                               Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Julie King<br>208 E. Sheridan Ave.<br>Des Moines, IA  50313 | | | Promised to pay for car cleaning after bottle of wine exploded | | | | 50.00 |
| ACCOUNT NO.<br>Julie Wills<br>707 SW 48th St.<br>Ankeny, IA  50023 | | | Craft consignment vendor | | | | unknown |
| ACCOUNT NO.<br>Jumpy Monkey Mosaic<br>Shelley Sadler<br>405 East McLane, Suite 200<br>Osceola, IA  50213 | | | Food-Coffee consignment vendor | | | | unknown |
| ACCOUNT NO.<br>Ken Choquette<br>1410 Pennsylvania Ave.<br>Des Moines, IA  50316-2258 | | | Food (flax seed) consignment vendor | | | | unknown |
| ACCOUNT NO.<br>Kevin & Julie Winchell<br>Fox Run Vineyards<br>50639 280th St.<br>Kelley, IA  50134 | | | Shareholder loan | | | | 1,000.00 |
| ACCOUNT NO.<br>Kountry Fixin's<br>Sue Schcutty<br>2420 - 23rd Ave.<br>Marion, IA  52302 | | | Food consignment vendor | | | | unknown |
| ACCOUNT NO.<br>Kurt Schade<br>13042 Sunset Terrace<br>Clive, IA  50325 | | | Shareholder - grape purchase debt | | | | 3,087.50 |

Sheet no. **21** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **4,137.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____
                                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kurt Schade**<br>**13042 Sunset Terrace**<br>**Clive, IA  50325** | | | **Shareholder loan** | | | | **1,656.00** |
| ACCOUNT NO.<br>**Larry & Vi Engbers**<br>**1155 Highway 102**<br>**Pella, IA  50219** | | | **Shareholder - grape purchase debt** | | | | **6,497.00** |
| ACCOUNT NO. **0340**<br>**Law Offices Of Serota, Avis & Associates**<br>**P OBox 1008**<br>**Arlington Heights, IL  60006** | | | **Southern Hills Winery - ADT Security Services, Inc.** | | | | **1,862.59** |
| ACCOUNT NO.<br>**Linda Ackelson**<br>**9458 Golden Valley Drive**<br>**Norwalk, IA  50211-1712** | | | **Shareholder - reimbursement for supplies** | | | | **unknown** |
| ACCOUNT NO.<br>**Lisa Rhodes**<br>**205 NW Cedarwood Drive**<br>**Ankeny, IA  50023** | | | **Craft consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**LorDEL Linens**<br>**Lorraine Hudspeth**<br>**115 NW 2nd**<br>**Dallas-Melcher, IA  50062** | | | **Clothing consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**LorDEL Linens**<br>**PO Box 1152**<br>**2200 SE Winter Park Dr.**<br>**Ankeny, IA  50021** | | | **Assignee or other notification for:**<br>**LorDEL Linens** | | | | |

Sheet no. **22** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,015.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LorLen Candles<br>319 Cedar St.<br>PO Box 514<br>Wilton, IA 52778 | | | Craft-Candles consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br><br>Lynda Rolfe Pottery<br>619 S. State Street<br>BOX 98<br>Lamoni, IA 50140 | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br><br>Lynn Cabbage<br>12628 Highway S6G<br>Prairie City, IA 50228 | | | Consignment vendor - wood "fish" puzzles, stamp dispensing box | | | | **unknown** |
| ACCOUNT NO.<br><br>M & M Welding<br>Mark Wilson<br>16402 Stone Street<br>Milo, IA 50166 | | | Consignment ventor - steel sculptures | | | | **unknown** |
| ACCOUNT NO.<br><br>Magic Media<br>PO Box 905122<br>Charlotte, NC 28290-5122 | | | Advertising | | | | **unknown** |
| ACCOUNT NO.<br><br>Marilyn Lanman<br>(Be Jeweled)<br>18561 Erbe Street<br>Carlisle, IA 50047 | | | Jewelry consignment | | | | **unknown** |
| ACCOUNT NO.<br><br>Mark & Brenda Erickson<br>24018 Highway 69<br>New Virgina, IA 50210 | | | Shareholder loan | | | | **1,500.00** |

Sheet no. **23** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **1,500.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                              Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Market Street Gifts**<br>**608 Market St.**<br>**Harlan, IA  51537** | | | Wine stoppers | | | | **unknown** |
| ACCOUNT NO.<br>**Marsha Greenstein**<br>**2513 Emma Ave.**<br>**Des Moines, IA  50321** | | | Consignment vendor - knitted doll sets | | | | **unknown** |
| ACCOUNT NO.<br>**Marshall Greiman Photography**<br>**12219 Oak Brook Drive**<br>**Urbandale, IA  50323** | | | Art consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Martin Mohrfeld**<br>**Great Blinds LLC**<br>**5174 Parkridge Ave.**<br>**Pleasant Hill, IA  50327** | | | Shareholder loan | | | | **1,000.00** |
| ACCOUNT NO.<br>**Mary Rowen**<br>**2970 Highway 17 South**<br>**Eagle Grove, IA  50533** | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Mast Family Farm**<br>**25740 Pleasanton Road**<br>**Leon, IA  50144** | | | Food consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Max & Mary Ann Halter**<br>**8048 Ridgeview Drive**<br>**Des Moines, IA  50320** | | | Shareholder loan | | | | **3,000.00** |

Sheet no. **24** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **4,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____   Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MBMA Corp.**<br>**PO Box 65272**<br>**West Des Moines, IA  50265** | | | **Udder Balm Cream/Lotion consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Me Me's**<br>**Julie Cline**<br>**217 E. Hughes Circle**<br>**Des Moines, IA  50315** | | | **Clothing/Accessories consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Media Receivable Management**<br>**PO Box 320452**<br>**Tampa, FL  33679-2452** | | | | | | | **5,032.66** |
| ACCOUNT NO.<br>**Borden, Jones & Mitchell, LC**<br>**402 Adamson Square**<br>**PO Box 544**<br>**Carrollton, GA  30112** | | | **Assignee or other notification for:**<br>**Media Receivable Management** | | | | |
| ACCOUNT NO.<br>**Media Receivable Management**<br>**13899 Biscayne Blvd., Suite 401**<br>**N. Miami Beach, FL  33181** | | | **Assignee or other notification for:**<br>**Media Receivable Management** | | | | |
| ACCOUNT NO.<br>**Midwest Flavors**<br>**1941 - 310th Street**<br>**Rockwell City, IA  50579** | | | **Consignment vendor - herbs & spices** | | | | **unknown** |
| ACCOUNT NO. **AGIG**<br>**Midwest Office Technology, Inc.**<br>**6294 NE 14th St.**<br>**Des Moines, IA  50313** | | | **ID#CE706 - maintenance agreement for Getetner copier, Model CD525, Serial #L3665500695** | | | | **unknown** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __25__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,032.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MILPET**<br>**1909 79th Street**<br>**Windsor Heights, IA  50322** | | | Clothing consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**Molli Bows**<br>**Ellen Graber**<br>**185 NW 66th Avenue**<br>**Des Moines, IA  50313** | | | Clothing/Accessories consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**Moon Valley Vineyard**<br>**145 Highland Avenue**<br>**Oskaloosa, IA  52577** | | | Supplier - carbonated product for sparkling wine | | | | unknown |
| ACCOUNT NO.<br>**Mrs. Tildo's Attic**<br>**805 Central Ave.**<br>**Fort Dodge, IA  50501** | | | Consignment vendor  - jewelry boxes, suncatchers, picture frames | | | | unknown |
| ACCOUNT NO.<br>**Mrs. Tildo's Attic**<br>**1026 2nd Ave., South**<br>**Fort Dodge, IA  50501** | | | Assignee or other notification for:<br>Mrs. Tildo's Attic | | | | |
| ACCOUNT NO.<br>**Nancy's Nifty Bags**<br>**Nancy White**<br>**5553 Cottonwood Circle**<br>**West Des Moines, IA  50266** | | | Clothing/Accessories consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**Natural Element Woodworking**<br>**Steve Lamberti**<br>**841 SE 61st St.**<br>**Pleasant Hill, IA  50327** | | | Consignment vendor - wood furniture | | | | unknown |

Sheet no. **26** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                         Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Naylor Wine Cellars**<br>**4069 Vineyard Road**<br>**Stewartstown, PA  17363-8478** | | | **Supplies for winery** | | | | **unknown** |
| ACCOUNT NO. **8108**<br>**Newton Manufacturing Co.**<br>**1123 1st Avenue East**<br>**PO Box 927**<br>**Newton, IA  50208-0927** | | | **Drinking glasses for resale** | | | | **500.00** |
| ACCOUNT NO.<br>**Receivable Management Services**<br>**PO Box 523**<br>**Richfield, OH  44286** | | | **Assignee or other notification for:**<br>**Newton Manufacturing Co.** | | | | |
| ACCOUNT NO. **3346**<br>**Nomacorc**<br>**400 Vintage Park Drive**<br>**Zebulon, NC  27597** | | | **Corks for bottling** | | | | **422.20** |
| ACCOUNT NO.<br>**Norm Wilson**<br>**5500 NW 10th St.**<br>**Lincoln, NE  68521** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br>**Norma Reed**<br>**1106 5th Avenue, SW**<br>**Altoona, IA  50009** | | | **Art consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**North Skunk Sawmill & Market**<br>**396 - 515th Avenue**<br>**Searsboro, IA  50242** | | | **Craft consignment vendor** | | | | **112.00** |

Sheet no. __**27**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **4,034.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Iowa Wine Cooperative**
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0000**<br>**Nyemaster, Goode, West, Hansell & O'Brien**<br>**700 Walnut St., Suite 1600**<br>**Des Moines, IA 50309-3899** | | | Legal services | | | | **500.00** |
| ACCOUNT NO.<br>**O Thirty Two Design Group**<br>**6905 Hickman Road**<br>**Urbandale, IA 50322** | | | Services | | | | **unknown** |
| ACCOUNT NO.<br>**Ode Design**<br>**2706 Glenwood Drive**<br>**Des Moines, IA 50321** | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO. **2893**<br>**Oenophilia**<br>**PO Box 1070**<br>**Charlotte, NC 28201-1070** | | | Wine racks & accessories for resale | | | | **unknown** |
| ACCOUNT NO.<br>**Office Max**<br>**6305 Mills Civic Parkway**<br>**West Des Moines, IA 50266** | | | Supplies for retail | | | | **unknown** |
| ACCOUNT NO.<br>**Oklahoma Ghost Studio**<br>**Douglas Fulks**<br>**45 N Street**<br>**Lake Lotawana, MO 64086** | | | Photographs consignment vendor | | | | **unknown** |
| ACCOUNT NO. **9064**<br>**Old Republic Surety Co.**<br>**PO Box 1635**<br>**Milwaukee, WI 53201** | | | Treasurer's bond | | | | **0.00** |

Sheet no. __28__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **500.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Iowa Wine Cooperative**                                      Case No. _____
                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Osage Orange, Etc.**<br>**Andres McCurdy**<br>**57432 - 260th Ave.O**<br>**Chariton, IA  50049** | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Osceola Chamber - Main Street**<br>**100 S. Fillmore**<br>**PO Box 425**<br>**Osceola, IA  50213** | | | Advertising | | | | **20.00** |
| ACCOUNT NO.<br>**Osceola Farm & Home**<br>**PO Box 27**<br>**Osceola, IA  50213** | | | Supplies for winery | | | | **unknown** |
| ACCOUNT NO. **5000**<br>**Osceola Municipal Services**<br>**PO Box 465**<br>**Osceola, IA  50213** | | | Water utility | | | | **40.00** |
| ACCOUNT NO.<br>**Osceola Sinclair Service**<br>**2769 Highway 69**<br>**Weldon, IA  50264** | | | Fuel & maintenance on van | | | | **unknown** |
| ACCOUNT NO.<br>**Out Of My Gourd**<br>**Barbara Welch**<br>**605 E. Northside Drive**<br>**Polk City, IA  50226** | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Pam Vacco**<br>**2432 SE King Ave.**<br>**Des Moines, IA  50320** | | | Craft consignment vendor | | | | **unknown** |

Sheet no. **29** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **60.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                                   Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paul A. Harkin<br>Lyn Enterprises<br>4804 County Line Road<br>Cumming, IA 50061** | | | Shareholder loan | | | | **12,500.00** |
| ACCOUNT NO.<br>**PCG Enterprises<br>Mark Porter<br>113 Hartford Drive<br>Ames, IA 50014** | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Pepper Purses<br>March Rupiper<br>18513 - 235th St.<br>Carroll, IA 51401** | | | Consignment - clothing | | | | **unknown** |
| ACCOUNT NO.<br>**Peppercorn Pantry<br>911 Parriott St.<br>PO Box 56<br>Aplington, IA 50604** | | | Food consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Phil Hansen<br>1914 N. 28th St.<br>Fort Dodge, IA 50501** | | | Craft consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Philadelphia Insurance Companies<br>PO Box 70251<br>Philadelphia, PA 19176-0251** | | | Insurance | | | | **unknown** |
| ACCOUNT NO.<br>**Philip & Jeannie Prindle<br>3042 195th Ave.<br>Montrose, IA 52639** | | | Shareholder loan | | | | **10,000.00** |

Sheet no. **30** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **22,500.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative _____    Case No. _____

                              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pioneer Communication<br>316 W. 5th St.<br>PO Box 2516<br>Waterloo, IA  50704 | | | Advertising | | | | 330.00 |
| ACCOUNT NO.<br>Presque Isle Wine Cellars<br>9440 W. Main Road<br>North East, PA  16428 | | | Wine supplies | | | | unknown |
| ACCOUNT NO.<br>Quality Creations<br>Chris Whitney<br>3805 5th Avenue #2<br>Des Moines, IA  50313 | | | Consignment vendor - hand painted decorative items - feathers, glass, etc. | | | | unknown |
| ACCOUNT NO. 0112<br>Qwest<br>PO Box 91154<br>Seattle, WA  98111-9254 | | | Telephone services for:<br>515-222-4410-112 &<br>515-440-3167-467 | | | | 200.00 |
| ACCOUNT NO.<br>R & S Lawn / Snow Services<br>725 S. Jackson<br>Osceola, IA  50213 | | | Snow removal | | | | unknown |
| ACCOUNT NO.<br>RAArtworks<br>1860 - 320th St.<br>Redding, IA  50860 | | | Craft consignment vendor | | | | unknown |
| ACCOUNT NO.<br>RADA Cutlery<br>Sundi & Brad Ruppert<br>5190 Fulton Street<br>Norwalk, IA  50211 | | | Kitchenware consignment vendor | | | | unknown |

Sheet no.    **31** of    **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **530.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rafter R Ranch**<br>**2769 - 250th St.**<br>**Clutier, IA 52217** | | | **Craft consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Ramaker Screen Printing**<br>**1420 110th Place**<br>**Knoxville, IA 50138** | | | **T-shirts** | | | | **unknown** |
| ACCOUNT NO.<br>**Randol Honey Farm**<br>**2505 Carriage Trail**<br>**Winterset, IA 50273** | | | **Consignment - food** | | | | **155.51** |
| ACCOUNT NO.<br>**Randy Willey**<br>**1445 N. 8th Street E**<br>**Newton, IA 50208** | | | **Consignment vendor - writing pens** | | | | **unknown** |
| ACCOUNT NO.<br>**Rebearth Products, Inc.**<br>**123 E. Center Street**<br>**PO Box 139**<br>**Truro, IA 50257** | | | **Service provider for geothermal system at winery** | | | | **unknown** |
| ACCOUNT NO. **3870**<br>**Receivable Management Services**<br>**PO Box 523**<br>**Richfield, OH 44286** | | | **Collection agency** | | | | **132.71** |
| ACCOUNT NO.<br>**Rick Conn**<br>**631 Taft Street**<br>**Osceola, IA 50213-1070** | | | **Reimbursement for supplies - shareholder - board member** | | | | **428.38** |

Sheet no. **32** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **716.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rick Conn**<br>**631 Taft Street**<br>**Osceola, IA  50213-1070** | | | **Shareholder loan** | | | | **1,000.00** |
| ACCOUNT NO.<br><br>**Robert & Jean Meinders**<br>**3139 Vermont St.**<br>**New Virginia, IA  50210-9176** | | | **Shareholder - grape purchase debt** | | | | **4,964.87** |
| ACCOUNT NO.<br><br>**Robert & Jean Meinders**<br>**3139 Vermont St.**<br>**New Virginia, IA  50210-9176** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**Robert & Marlene Hinz**<br>**PO Box 547**<br>**Mount Ayr, IA  50854** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**Robert & Renee Mulvihill**<br>**3114 Cumming Road**<br>**Cumming, IA  50061** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**Robert Conn**<br>**3082 115th St.**<br>**Ellston, IA  50074** | | | **Shareholder loan** | | | | **1,000.00** |
| ACCOUNT NO.<br><br>**Robin Leonard**<br>**2589 St. Charles Road**<br>**Winterset, IA  50273** | | | **Shareholder - Board member - refund of deposit for Jordan Creek Town Center store** | | | | **unknown** |

Sheet no. **33** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **15,964.87**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative**
_____    Case No. _____
Debtor(s)    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Robinson's Of Osceola, Inc.**<br>**127 S. Main Street**<br>**Osceola, IA 50213** | | | **Supplies for winery** | | | | **unknown** |
| ACCOUNT NO.<br>**Rocca Design**<br>**Eldon Rocca**<br>**1335 60th St.**<br>**Des Moines, IA 50311** | | | **Crafts consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Rock Power Pizza**<br>**4211 SW 9th St.**<br>**Des Moines, IA 50315** | | | **Food consignment vendor** | | | | **3.50** |
| ACCOUNT NO.<br>**Roger & Rebecca Van Wyk**<br>**4810 Caldwell Court**<br>**Pleasant Hill, IA 50327-0914** | | | **Shareholder - reimbursement of expenses** | | | | **unknown** |
| ACCOUNT NO.<br>**Ron & Linda Mark**<br>**15101 Fairfax**<br>**Indianola, IA 50125** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br>**Ron Rainey**<br>**1244 Valley Drive**<br>**Ellston, IA 50074** | | | **Shareholder loan** | | | | **3,000.00** |
| ACCOUNT NO.<br>**Rose 2 Health**<br>**Rose Conley**<br>**8133 Lakeshore Drive**<br>**Dexter, IA 50070** | | | **Consignment vendor - Christmas stockings, lighted wine bottles** | | | | **unknown** |

Sheet no. **34** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,003.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rushco-Crooked River**<br>**3799 Village Run Drive, Unit 103**<br>**Des Moines, IA 50317** | | | **Craft consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Rustic Hills Farm**<br>**3936 University Ave., Apt. 1**<br>**Des Moines, IA 50311** | | | **Consignment vendor - wood sculpture /carved products** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Sally's Studio**<br>**1109 South 10th Place**<br>**Clear Lake, IA 50428** | | | **Art consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Samantha Meinders**<br>**3139 Vermont Street**<br>**New Virginia, IA 50210-9176** | | | **Daughter of Coop member who may have received money as a vendor broker** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Scott Laboratories**<br>**2220 Pine View Way**<br>**Petaluma, CA 94954-5687** | | | **Chemicals to process wine** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Shimmerz Candle Vases**<br>**Connie Denny**<br>**14258 - 260th Street**<br>**Delta, IA 52550** | | | **Craft consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Shull & Co., P.C.**<br>**1111 North Jefferson**<br>**Indianola, IA 50125** | | | **Professional services** | | | | **3,378.61** |

Sheet no. **35** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,378.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Simplex Grinnell<br>District 362<br>4829 S. 115th St.<br>Omaha, NE  68137-2366** | | | Maintenance supplies for winery | | | | **unknown** |
| ACCOUNT NO.<br>**Simplex Grinnell<br>Dept. Ch. 10320<br>Palatine, IL  60055-0320** | | | Assignee or other notification for:<br>Simplex Grinnell | | | | |
| ACCOUNT NO.<br>**Small And Brewer, PLC<br>4090 Westown Parkway, Suite A-1<br>West Des Moines, IA  50266** | | | Professional services - tax preparation | | | | **unknown** |
| ACCOUNT NO.<br>**Solutions!<br>PO Box 359<br>Osceola, IA  50213** | | | Office supplies for winery | | | | **167.82** |
| ACCOUNT NO.<br>**Sorensen Studios/Freedom Rock<br>Ray Sorensen<br>509 SE Kent Street<br>Greenfield, IA  50849** | | | Art consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Spa Prints LLC / Morganbodie Organics<br>34093 Mill Creek Circle<br>Adel, IA  50003** | | | Art consignment vendor | | | | **unknown** |
| ACCOUNT NO.<br>**Steve Kephart<br>2756 - 250th<br>Mount Ayr, IA  50854-8979** | | | Construction services provided by shareholder at winery | | | | **unknown** |

Sheet no. **36** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **167.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Iowa Wine Cooperative**

_____    Case No. _____

Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stock Talk, LLC**<br>**Kent Stock**<br>**2135 Timber Creek Drive**<br>**Marion, IA 52302** | | | **Book consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Strauss Safe & Lock**<br>**4663 121st Street**<br>**Des Moines, IA 50323** | | | **Services - maintenance** | | | | **unknown** |
| ACCOUNT NO.<br>**Sue Rolffs**<br>**858 - 197th Place**<br>**Pella, IA 50219** | | | **Craft consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Summerset Winery**<br>**Ron & Linda Mark**<br>**15101 Fairfax St.**<br>**Indianola, IA 50125-8346** | | | **Shareholder** | | | | **unknown** |
| ACCOUNT NO.<br>**Suzette's**<br>**2837 Ingersoll Ave.**<br>**Des Moines, IA 50309** | | | **Food consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Sweet Sugar Baby**<br>**3402 Scenic Vista Drive**<br>**West Des Moines, IA 50265** | | | **Clothing consignment vendor** | | | | **21.00** |
| ACCOUNT NO.<br>**Sweets By JoAnn**<br>**JoAnn Latta**<br>**4121 Leonard Place**<br>**Des Moines, IA 50310** | | | **Food consignment vendor** | | | | **unknown** |

Sheet no. __**37**__ of __**45**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                         Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tangled Oak, LLC, Tomas Miller S**<br>**David Harvey**<br>**13211 Forest Circle**<br>**Clive, IA 50325** | | | Art consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**Tatting By Betty**<br>**Betty Haas**<br>**3662 Ingersoll Ave., Apt. 402**<br>**Des Moines, IA 50312** | | | Clothing consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**TeleSupport, Inc.**<br>**660 N.E. 54th Ave.**<br>**Des Moines, IA 50313** | | | Service provider moved telephone/DSL in Valley West Mall to new location | | | | unknown |
| ACCOUNT NO.<br>**Templeton Rye Spirits, LLC**<br>**W. Scott Bush**<br>**E. 209 3rd Street**<br>**Templeton, IA 51463** | | | Consignment - clothing & misc. | | | | unknown |
| ACCOUNT NO.<br>**Terry Fox**<br>**19167 - 195th Street**<br>**Leon, IA 50144** | | | Grape debt | | | | 964.50 |
| ACCOUNT NO.<br>**That Iowa Girl**<br>**Collette Johnson**<br>**120 4th Ave., NW**<br>**Carlion, IA 50525** | | | Craft consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**That's Different**<br>**4116 Maryland Pike**<br>**Des Moines, IA 50310** | | | Consignment vendor - postage stamp pins | | | | unknown |

Sheet no. __38__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **964.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative**                                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **The Exchange 113 S. 1st Ave. PO Box 349 Winterset, IA 50273** | | | Advertising | | | | unknown |
| ACCOUNT NO. **The Funky Brush Stacy & Michael Bonham 913 W. Washington St. Winterset, IA 50273** | | | Art consignment vendor | | | | unknown |
| ACCOUNT NO. **The Glass Bouquet 712 J Avenue Nevada, IA 50201** | | | Art consignment vendor | | | | unknown |
| ACCOUNT NO. **The Grape Gourmet Martha Davis 23774 Keokuk Street Pleasantville, IA 50225** | | | Food consignment vendor | | | | unknown |
| ACCOUNT NO. **The Messenger Leanne Darr 713 Central Avenue Fort Dodge, IA 50501** | | | Advertising | | | | unknown |
| ACCOUNT NO. **The Nutty Bavarian Carl & Connie Smith 815 W. 3rd Street Cedar Falls, IA 50613** | | | Food consignment vendor | | | | unknown |
| ACCOUNT NO. **The Olde Glass Factory Eddie Hesalroad 11558 Hickory Avenue Greene, IA 50636** | | | Art consignment vendor | | | | unknown |

Sheet no. **39** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Iowa Wine Cooperative**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Walnut Box**<br>**Dave Johnson**<br>**613 - 33rd Ave. N.**<br>**Clinton, IA  52732** | | | **Furniture consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Todd's Woodcarving & Woodburning**<br>**Todd Olstad**<br>**624 Linnwill Place**<br>**West Des Moines, IA  50265** | | | **Art consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Tracy Hawbaker Accessories**<br>**35568 Nome Court**<br>**DeSoto, IA  50069** | | | **Craft consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Travelers Directory Service**<br>**18 Meadowlark Lane**<br>**North Oaks, MN  55127** | | | **Advertising** | | | | **unknown** |
| ACCOUNT NO.<br>**Tussa**<br>**Jean Mienders**<br>**3139 Vermont St.**<br>**New Virginia, IA  50210** | | | **Shareholder - brokering for several consigners** | | | | **unknown** |
| ACCOUNT NO.<br>**Two Rivers Candles Co., LLC**<br>**Donna Drake**<br>**1140 NW 67th Place**<br>**Des Moines, IA  50313** | | | **Crafts consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Two Rivers Candles Co,. LLC**<br>**Donna Drake**<br>**3203 E. 13th St.**<br>**Des Moines, IA  50316** | | | **Assignee or other notification for:**<br>**Two Rivers Candles Co., LLC** | | | | |

Sheet no. **40** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Two Sisters Pantry, LLC**<br>**Dawn Fee**<br>**2811 SE 22nd #330**<br>**Des Moines, IA  50320** | | | **Food consignment vendor** | | | | **unknown** |
| ACCOUNT NO. **5EWY**<br><br>**United Parcel Service (UPS)**<br>**Supply Chain Solutions**<br>**28013 Network Place**<br>**Chicago, IL  60673-1280** | | | **Shipping parts** | | | | **unknown** |
| ACCOUNT NO. **0100**<br><br>**United States Postal Service**<br>**104 S. Filmore St.**<br>**Osceola, IA  50213** | | | **Post Office Box rental** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Universal Printing Services**<br>**2828 Fifth Avenue**<br>**Des Moines, IA  50313** | | | **Wine bottle labels for Mead product** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Uptown Ankeny Farmer's Market**<br>**PO Box 461**<br>**Ankeny, IA  50021** | | | **Event fees** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Urbandale Golf & Country Club**<br>**4000 86th Street**<br>**Urbandale, IA  50322-2358** | | | **Event fee** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Valley Junction Farmer's Market**<br>**217 - 5th Street**<br>**West Des Moines, IA  50265** | | | **Event fees** | | | | **unknown** |

Sheet no. **41** of **45** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Valley West Mall**<br>**1551 Valley West Drive, Suite 400**<br>**West Des Moines, IA 50266** | | | Lease store space | | | | unknown |
| ACCOUNT NO. **WWI1**<br>**Van Gorp Insurors, LTD.**<br>**723 Main Street**<br>**PO Box 85**<br>**Pella, IA 50219** | | | Insurance | | | | unknown |
| ACCOUNT NO.<br>**Vander Ploeg Bakery**<br>**711 Franklin Street**<br>**Pella, IA 50219** | | | Food consignment vendor | | | | unknown |
| ACCOUNT NO.<br>**Victoria Eckstate**<br>**6347 NE 46th St.**<br>**Altoona, IA 50009** | | | Shareholder loan | | | | 3,000.00 |
| ACCOUNT NO. **ORIV**<br>**Vinquiry**<br>**7795 Bell Road**<br>**Windsor, CA 95492** | | | Chemicals for processing wine | | | | unknown |
| ACCOUNT NO.<br>**Vitro Packaging, Inc.**<br>**PO Box 674144**<br>**Dallas, TX 75267-4144** | | | Bottling supplies | | | | unknown |
| ACCOUNT NO.<br>**Walkers**<br>**2860 Route 39**<br>**Forestville, NY 14062-9668** | | | Bottling supplies - juice vendor | | | | unknown |

Sheet no. __42__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                           Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Wash & Weigh** <br> **805 Warren Avenue** <br> **Osceola, IA  50213** | | | Services | | | | unknown |
| ACCOUNT NO. <br><br> **Waste Management Of Creston** <br> **PO Box 9001054** <br> **Louisville, KY  40290-1054** | | | Utility - waste disposal | | | | unknown |
| ACCOUNT NO. <br><br> **Waste Connections Of Creston** <br> **710 E. Monroe St.** <br> **Creston, IA  50801-3262** | | | Assignee or other notification for: Waste Management Of Creston | | | | |
| ACCOUNT NO. <br><br> **Waterloo Container Co.** <br> **2311 Route 44** <br> **PO Box 262** <br> **Waterloo, NY  13165** | | | Bottles for bottling wine | | | | 19,719.81 |
| ACCOUNT NO. <br><br> **Waukee Farmer's Market** <br> **PO Box 805** <br> **Waukee, IA  50263** | | | Event fees | | | | unknown |
| ACCOUNT NO. <br><br> **Weisshaar Family Farm** <br> **Jean Weisshaar** <br> **1680 Highway 25** <br> **Creston, IA  50801** | | | Food consignment vendor | | | | unknown |
| ACCOUNT NO. <br><br> **WH Sutton Mechanical** <br> **130 S. Filmore St.** <br> **Osceola, IA  50213** | | | Maintenance service at winery | | | | unknown |

Sheet no. __43__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,719.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Iowa Wine Cooperative** _____    Case No. _____

| | Debtor(s) | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **What's For Dinner** <br> **802 SE Oralabor Rd., Suite 108** <br> **Ankeny, IA  50021** | | | Event fees | | | | unknown |
| ACCOUNT NO. <br> **White Tree Farm** <br> **Mike White** <br> **1406 South G Street** <br> **Indianola, IA  50125** | | | Craft consignment vendor | | | | unknown |
| ACCOUNT NO. <br> **William & Jean Smith** <br> **4816 Pleasant St.** <br> **Des Moines, IA  50312** | | | Shareholder loan | | | | 3,000.00 |
| ACCOUNT NO. <br> **William & Patricia McGill** <br> **1909 80th Street** <br> **Windsor Heights, IA  50322** | | | Shareholder loan | | | | 1,000.00 |
| ACCOUNT NO. <br> **William Oviatt** <br> **2471 Hiatt Apple Trail** <br> **Winterset, IA  50273** | | | Shareholder loan | | | | 3,000.00 |
| ACCOUNT NO. <br> **Windsong Designs** <br> **Jan Swinton** <br> **2658-B Reed Ave.** <br> **Marshalltown, IA  50158** | | | Craft consignment vendor | | | | unknown |
| ACCOUNT NO. <br> **Wine Racks By Design** <br> **Dennis Zaabel** <br> **1102 S. 50th Street** <br> **West Des Moines, IA  50265** | | | Furniture consignment vendor | | | | unknown |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __44__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Iowa Wine Cooperative _____     Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wood 'N' Heirlooms**<br>**Leo Young**<br>**19696 Grand Ave.**<br>**Council Bluffs, IA  51503** | | | **Furniture consignment vendor** | | | | **unknown** |
| ACCOUNT NO.<br>**Woodlink**<br>**Ron Rainey**<br>**1500 Woodlink Drive**<br>**Mount Ayr, IA  50854** | | | **Craft consignment vendor - birdhouses** | | | | **unknown** |
| ACCOUNT NO.<br>**X-Steggerous Designs**<br>**Karen Steggerda**<br>**6050 Nottingham Drive**<br>**Johnston, IA  50131** | | | **Clothing consignment vendor - wine bags** | | | | **unknown** |
| ACCOUNT NO.<br>**Zapf Creations**<br>**Dick Zapf**<br>**5114 Panorama Drive.**<br>**Panora, IA  50216** | | | **Food consignment vendor** | | | | **unknown** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __45__ of __45__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **207,222.14**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Iowa Wine Cooperative** _____    Case No. _____
                                    Debtor(s)                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Heartland Payment Systems**<br>**One Heartland Way**<br>**Jeffersonville, IN  47130** | **Credit Card Services Agreement - 3 Accounts:**<br><br>**Iowa Favorites (Jordan Creek Town Center) - #650000003829853**<br>**Winery - #650000002180944**<br>**Valley West Mall - #650000003981381** |
| **CIT Technology Fin Service, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL  32255-0599** | **Lease for Gestetner copier, model DSC525, Contract #9000098192000** |
| **Midwest Office Technology, Inc.**<br>**6294 NE 14th St.**<br>**Des Moines, IA  50313** | **Maintenance agreement for Getetner copier, model GD525, Serial #L3665500695** |
| **ADT Security Services, Inc.**<br>**PO Box 371967**<br>**Pittsburgh, PA  15250-7956** | **Security system contract** |
| **Valley West Mall**<br>**1551 Valley West Drive, Suite 400**<br>**West Des Moines, IA  50266** | **Valley West Mall - Lease store space** |
| **Valley West DM**<br>**3100 West Lake Street, Suite 215**<br>**Minneapolis, MN  55416-4597** | **Valley West Mall Lease** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Iowa Wine Cooperative** _____   Case No. _____
                                         Debtor(s)                                          (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TRW&G, LLC**<br>**1400 West Clay Street**<br>**Osceola, IA  50213** | **Clarke County State Bank**<br>**139 South Main Street**<br>**PO Box 487**<br>**Osceola, IA  50213**<br><br>**Iowa Department Of Economic Development**<br>**Loan Servicing**<br>**200 E. Grand Avenue**<br>**Des Moines, IA  50309** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** **Iowa Wine Cooperative** _____ Case No. _____

Debtor(s) (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

Debtor

Date: _____ Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____ _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____ _____

Signature of Bankruptcy Petition Preparer Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Iowa Wine Cooperative** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**62** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 21, 2010** _____ Signature: */s/ Brandt Williamson* _____

**Brandt Williamson** _____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Iowa

IN RE:                                                                                      Case No. _____

__Iowa Wine Cooperative__                                                                   Chapter **7** _____
                                         Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| -85,992.63 | 2008 |
| 47,082.73 | 2009 |
| -123,832.26 | 2010 |

---

## 2. Income other than from employment or operation of business

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Alliant Energy**<br>**PO Box 3066**<br>**Cedar Rapids, IA  52406-3066** | **10/25/10, 09/24/10, 08/04/10** | **8,077.04** | **0.00** |
| **Clarke County State Bank**<br>**139 South Main**<br>**PO Box 487**<br>**Osceola, IA  50213** | **11/12/10, 10/31/10, 10/04/10, 09/30/10, 09/01/10** | **9,054.21** | **0.00** |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dennis Logfry v. Southern Hills Winery, Case No. SCSC013968** | **Action for money judgment** | **In the Iowa District Court for Clarke County** | **Judgment against Southern Hills Winery in the amount of $2,400.00 plus interest and court costs.** |
| **Iowa Wine Cooperative vs. Iowa Contract Glazing, Case No. SCSC456634** | **Negligent installation of front door** | **In the Iowa District Court for Polk County** | **Dismissed without Prejudice** |
| **Clause v. The Henningsen Company, et al** | **The winery was a defendant in this action for infringement of intellectual property in the form of architectural ideas.** | **United States District Court for Southern District of Iowa - 4:08-CV-00432-JEG-TJS** | **Settled approx. July 13, 2010** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steven C. Reed** <br> **1741 Grand Avenue** <br> **West Des Moines, IA  50265** | **11/03/2010** | **4,224.00** |
| **3000.00 = Attorney Bankruptcy  Fee** <br> **299.00 = Filing Fee** <br> **925.00 = Consultations and review of documents** | | |
| **Continuous since February, 2010** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fidelity Bank** | **Checking Account - #695486** | |
| **Clarke County State Bank** <br> **139 South Main** <br> **PO Box 487** <br> **Osceola, IA  50213** | **Checking 0000472120** | |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Clarke County State Bank**<br>**139 South Main**<br>**PO Box 487**<br>**Osceola, IA  50213** | **11/16/2010** | **1,287.27** |

**Account #xxxxxx2120 - setoff on 11/16/2010**

---

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The Iowa Wine Cooperative** | **36-4518424** | **Subsidiary TRG&W, LLC**<br>**1400 WWest Clay St.** | **Wine making and** | **2005-2010** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Osceola, IA  50213

retail/wholesale
sales

☑ None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Linda Ackelson**
**9458 Golden Valley Drive**
**Norwalk, IA  50211-1712**

**Steve Swackhammer**

**Robin Leonard**
**2589 St. Charles Road**
**Winterset, IA  50273**

DATES SERVICES RENDERED



**through Nov. 2009**

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS
**Eric M. Brewer, CPA**
**5550 Wild Rose Lane, Suite 400**
**West Des Moines, IA  50266**

DATES SERVICES RENDERED
**04/11/2010**

☑ None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐

d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS
**Iowa Department Of Economic Development**
**Loan Servicing**
**200 E. Grand Avenue**
**Des Moines, IA  50309**

**Clarke County State Bank**
**139 South Main**
**PO Box 487**
**Osceola, IA  50213**

**Van Gorp Insurors, LTD.**
**723 Main Street**
**PO Box 85**
**Pella, IA  50219**

DATE ISSUED
**06/2010**



**01/2010**



**11/2010**

**20. Inventories**

None ☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market, or other basis)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

11/01/10                          **Brandt Williamson and Scott**          54,767.00
                                  **Abeyta (TTB agent)**

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **William H. Smith, Jr.** | **Vice President** | |
| **Brandt Williamson** | **President** | |
| **3333 Grand Avenue, Apt. 395** | | |
| **Des Moines, IA  50312** | | |
| **Dave Rowen** | **Director** | |
| **9458 Golden Valley Drive** | | |
| **Norwalk, IA  50211-1712** | | |
| **Linda Ackelson** | **Secretary/Treasurer** | |
| **9458 Golden Valley Drive** | | |
| **Norwalk, IA  50211-1712** | | |
| **Steve Swackhammer** | **Director** | |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| **Robin Leonard** | **Treasurer** | **11/2009** |
| **2589 St. Charles Road** | | |
| **Winterset, IA  50273** | | |
| **Rick Conn** | **Director** | **06/2010** |
| **631 Taft Street** | | |
| **Osceola, IA  50213-1070** | | |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **December 21, 2010**          Signature: ***/s/ Brandt Williamson***

                                      **Brandt Williamson,**
                                                                          Print Name and Title

     [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                 _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Iowa**

IN RE:                                                          Case No. _____

<u>Iowa Wine Cooperative</u>                                   Chapter **7** _____

Debtor(s)

## VERIFICATION OF MASTER ADDRESS LIST ON PAPER
## (CREDITOR MATRIX)

I (we) declare under penalty of perjury that I (we) have read the attached Master Address List (creditor matrix), consisting of _____ **43** pages, and that it is true and correct to the best of my (our) knowledge, information, and belief.

DATED: **December 21, 2010**

_____
Debtor's Signature

_____
Joint Debtor's Signature

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

141 Art Glass
Renita Lockner
18836 Wendover Ave.
Granger, IA  50109


6 Little Hands, LLC
8408 Blackstone Court
Johnston, IA  50231


Adel Partners Chambers Of Commerce
PO Box 73
Adel, IA  50003


ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA  15250-7956


Advertizer
115 E. Washington
PO Box 447
Osceola, IA  50213-0447


Affiniti Group
2150 Delaware Avenue
Des Moines, IA  50317


Air Filter Services
108 SE 4th St.
Des Moines, IA  50309


Al Clough
1294 Green Acres Drive
Ellston, IA  50074

Al's Transmission Service
606 E. 2nd Avenue
Indianola, IA   50125


Alcohol & Tobacco Tax And Trade Bureau
PO Box 790353
St. Louis, MO   63179-0353


Alcohol & Tobacco Tax And Trade Bureau
550 Main Street, Room 8002
Cincinnati, OH   45202


Allen Petersen
1397 - 280th
Exira, IA   50076


Alliant Energy
PO Box 3066
Cedar Rapids, IA   52406-3066


American Express
PO Box 53852
Phoenix, AZ   85072-3852


Annette Cookman
1101 Valley West Drive
West Des Moines, IA   50266-2139


Aprons By Kathy
Kathy Van Sloun
4133 30th St.
Des Moines, IA   50310


Aramark Uniform Services
PO Box 16067
Des Moines, IA   50316-9402

ASCAP
2675 Paces Ferry Road SE, Suite 350
Atlanta, GA  30339-3913


Ayers Engraving
Brigette Ayers
PO Box 1281
Cedar Rapids, IA  52406


Azza I. Khalofallah
2615 Kingman Blvd.
Des Moines, IA  50311


B & N Designs
Beth Flannery
2909 Gilmore Ave.
Des Moines, IA  50312


Bank Of America
PO Box 60073
City Of Industry, CA  91716-0073


Bank Of America
PO Box 25118
Tampa, FL  33622-5118


Bank Of America
PO Box 15184
Wilmington, DE  19850-5184


Bead Expressive
Tracy Launspach
16695 Cordillera Drive
Peosta, IA  52068

Beads To Bangles
Rosanna Brammer
1862 180th Ave.
Osceola, IA  50213


Beaverdale Confections
Tom Coleman
2912 36th Street
Des Moines, IA  50310


Bill & Karen Johnson
302 Ironwood Road
Avoca, IA  51521


Biscott D' Amore Co.
Shana Davison
1401 NW Cedarwood Drive
Ankeny, IA  50023


Blakely Tree Service
425 E. Grant St.
Osceola, IA  50213


Bob's Auto Supply
117 E. McClane
Osceola, IA  50213


Borden, Jones & Mitchell, LC
402 Adamson Square
PO Box 544
Carrollton, GA  30112


Brandi Shay
2258 130th St.
Tingley, IA  50863

Brandt Williamson
3333 Grand Avenue, Apt. 395
Des Moines, IA  50312


Brian Haltrom
208 East May
Osceola, IA  50213


Brick Packaging
PO Box 1645
Traverse City, MI  49685-1645


Brown, Winick, Graves, Law Firm
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510


Bruce Allen
1209 64th St.
West Des Moines, IA  50266


Burton & Burton
325 Cleveland Road
Bogart, GA  30622


Captain Richard Riley, USN (Ret.)
2909 Woodland Ave., #618
Des Moines, IA  50312


Catherine D. Hammond
100 Ash St., Lot 57
Carlisle, IA  50047


Central Iowa Tourism
PO Box 454
Webster City, IA  50595-0454

Chaney Twin Service, Inc.
Lyle Chaney
209 N. Jackson
Osceola, IA  50213


Cheryl R. Waggoner
910 Herold Ave., Apt. #8
Des Moines, IA  50315


Chesnut Lawn And Landscape
PO Box 353
Osceola, IA  50213


Chris' Stuff
PO Box 9374
Marina Del Rey, CA  90295


Cindy J. Lynch
3203 SW 26th St.
Ankeny, IA  50023


CIT Technology Fin Service, Inc.
PO Box 550599
Jacksonville, FL  32255-0599


City Of Waukee
230 W. Hickman Road
Waukee, IA  50263-5004


City View
Big Green Umbrella Media
414 - 61st Street
Des Moines, IA  50312

Clarke County Publishing, Inc.
PO Box 447
Osceola, IA  50213


Clarke County State Bank
139 South Main Street
PO Box 487
Osceola, IA  50213


Clarke County Treasurer
PO Box 157
Osceola, IA  50213-0157


Clarke Electrical Coop, Inc.
1103 N. Main St.
PO Box 161
Osceola, IA  50213-0161


Clear Channel Radio Of Des Moines
3982 Collections Center Drive
Chicago, IL  60693


Clear Creek Orchard
11200 Highway 330 N
Collins, IA  50055


Container Recovery, Inc.
2742 SE Market St.
Des Moines, IA  50317


Country Hardwoods
3497 N. Center Pointe Road
Toddville, IA  52341

Country Wonders
7637 25th Avenue
Watkins, IA  52354


Cowboy John's Grillin' & Dippin' Sauce
2850 140th Street
Stuart, IA  50250


Cowboy John's Grillin' & Dippin' Sauce
2606 - 36th St.
Des Moines, IA  50310


Craftware Pottery And Baskets
6606 Grover Street
Omaha, NE  68106


Craig & Robin Leonard
2589 St. Charles Road
Winterset, IA  50273


Credit Bureau Services Iowa, Inc.
1306 South 7th St.
PO Box 180
Oskaloosa, IA  52577


Creston Publishing Co.
503 W. Adams Street
PO Box 126
Creston, IA  50801


Criveller Company Canada
6935 Oakwood Drive
Niagara Falls, Ontario,     L2E 6SF

Custom Creations By Rose
1862 180th Ave.
Osceola, IA  50213


Dale's Wright Tire & Auto Service, Inc.
1825 W. Euclid Ave.
Des Moines, IA  50313


Dallas County News
705 Main Street
PO Box 190
Adel, IA  50003


Dave Rowen
9458 Golden Valley Drive
Norwalk, IA  50211-1712


Dennis & Nancy Loghry
1204 - 310th Avenue
Woodburn, IA  50275


Dennis Loghry Construction
1204 - 310th Avenue
Woodburn, IA  50275


Department Of ABC
Attn:  Licensing
3927 Lennane Drive, Suite 100
Sacramento, CA  95834


Des Moines Radio Group
1416 Locust St.
Des Moines, IA  50309

Des Moines Stamp
851 2nd Ave.
PO Box 1798
Des Moines, IA  50306


Dianne Jungmann
202 SW 5th St.
Greenfield, IA  50849-1306


Discover Network
PO Box 52145
Phoenix, AZ  85072-2145


DMI Products
1520 - 45th St.
Des Moines, IA  50311


Doll Distributing, LLC
1901 DeWolf Street
Des Moines, IA  50316


Donita, Inc.
17597 Amber Road X44
Monticello, IA  52310


Dutch Oven Bakery
605 Story Street
Boone, IA  50036


Earth Wisdom
1706 S. Main Street
Fairfield, IA  52556


Emily Layton
22139 County Highway J20
Leon, IA  50144

Epic Products
PO Box 512439
Los Angeles, CA  90051-0439


Eric M. Brewer, CPA
5550 Wild Rose Lane, Suite 400
West Des Moines, IA  50266


Evergreen Enterprises
PO Box 890006
Charlotte, NC  28289-0006


Evergreen Enterprises
5915 Midlothian Turnpike
Richmond, VA  23225


Farm & Home
714 W. McLane
PO Box 516
Osceola, IA  50213


Fest, LLC
Gregory Schmidt
508 4th Ave., North
Clear Lake, IA  50428


Flat-D Innovations, Inc.
7531 Berkshire Drive, NE
Cedar Rapids, IA  52402


Florist Distributing, Inc.
2403 Bell Ave.
Des Moines, IA  50321

Foo Foos 4 You
Katy Rohle
221 Derbyshire Road
Waterloo, IA  50701


For The Love Of Pets
Lori Boyd
113 N. 58th Place
Cumming, IA  50061


Fred & Annabelle Diehl
PO Box 197
Osceola, IA  50213


Fruit Zen
Jason Spangler
6302 Windy Meadow Lane
Cedar Rapids, IA  52417


Full Spectrum Communications
3821 71st Street, Suite F
Urbandale, IA  50322


Functional Bags By Cynthia
Cynthia Sanger
4301 Hickory Pt
Panora, IA  50216


Gary & Laura Beeler
3175 Pleasantview Trail
Peru, IA  50222


Gary Beeler
3175 Pleasantview Trail
East Peru, IA  50222-8218

General Casualty Insurance Companies
PO Box 3109
Milwaukee, WI  53201-3109


General Growth Properties
101 Mills Civic Parkway
West Des Moines, IA  50266


Government Liaison Services, Inc.
200 N. Glebe Road, Suite 321
Arlington, VA  22203


Great American Outdoor
Brad Boesenberg
710 E. Army Post Road
Des Moines, IA  50315


Green Acres Garlic
John Lee
1712 Highway 71
Clarinda, IA  51632


GS1 US
7887 Washington Village Dr., Suite 300
Dayton, OH  45459-8605


GS1 US, Inc.
PO Box 71-3034
Columbus, OH  43271-3034


GW Kent
506 S. Huron St.
Ypsilianti, MI  48197

Hanson Directory Service
PO Box 786
Newton, IA   50208


Hayek, Brown, Moreland & Smith, LLP
Attorneys At Law
120 East Washington St.
Iowa City, IA   52240-3924


Heart Of Iowa Wine Trail
C/O Eagle City Winery
38536 - 160th St.
Iowa Falls, IA   50126


Heartland Payment Systems
One Heartland Way
Jeffersonville, IN   47130


Historic Valley Junction Foundation
217 Fifth Street
West Des Moines, IA   50265-4719


Hockenbergs Des Moines
4267 109th Street
Urbandale, IA   50322


Home Grown Heaven / The Jelly Lady
Terri Sinclair
3131 120th Street
Cumming, IA   50061


Hot Air Balloon Committee
PO Box 471
Creston, IA   50801-0471

Howard Goodhue
Sandridge Farms Co.
7210 SE 52nd St.
Carlisle, IA  50047


Hudson, Mallaney & Shindler, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA  50265-5749


Hy-Vee Food Stores
5820 Westown Parkway
West Des Moines, IA  50266-8290


Hy-Vee Food Stores
510 W. McLane
Osceola, IA  50213


IEM Internal Environmental Mgmt
24516 Network Place
Chicago, IL  60673-1245


IEM International Environmental Mgmt
11625 Rainwater Dr., Suite 200
Alpharetta, GA  30009


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114


Internal Revenue Service
Insolvency
210 Walnut Street Stop 5301
Des Moines, IA  50309-2103

International Marketing Communications
PO Box 1164
Waukee, IA  50263


Iowa Alcoholic Beverages Division
1918 SE Hulsizer
Ankeny, IA  50021


Iowa Contract Glazing, Inc.
2545 106th St.
Urbandale, IA  50322


Iowa Department Of Economic Development
Loan Servicing
200 E. Grand Avenue
Des Moines, IA  50309


Iowa Department Of Inspections & Appeals
Lucas State Office Building
321 East 12th Street
Des Moines, IA  50319-0083


Iowa Department Of Revenue
Accounts Receivable Unit
PO Box 10471
Des Moines, IA  50306-0471


Iowa Department Of Revenue
Withholding Tax Processing
PO Box 10411
Des Moines, IA  50306


Iowa Department Of Transportation
Office Of Traffic & Safety
800 Lincoln Way
Ames, IA  50010-6993

Iowa Farm Families
3211 S. 14th St.
Marshalltown, IA  50158


Iowa Natural / See That Iowa Girl
Innovative Growers, LLC
1222 - 180th Street
State Center, IA  50247


Iowa Natural / See That Iowa Girl
Innovative Growers
PO Box 163
Clarion, IA  50525


Iowa Retail Packaging
10830 Hickman Road
Des Moines, IA  50325


Iowa Shirts
Rosemary Fee
900 Veterans Memorial Drive
Carlisle, IA  50047


Iowa State Fair
ATTN:  Family Living Dept.
PO Box 57130
Des Moines, IA  50317-0003


Iowa State University - ISU Extension
Value Added Agriculture Program
1111 NSRIC
Ames, IA  50011-3310


Iowa Telecom
PO Box 1046
Newton, IA  50208

Iowa Telecom
PO Box 10481
Des Moines, IA  50306-0481


Iowa Wine Growers Association
900 Des Moines Street
Des Moines, IA  50309-5549


Iowa Wines.Org
Dennis Ver Mulm
3821 - 71st St., Suite F
Urbandale, IA  50322


Iowa Workforce Developement
PO Box 4846
Des Moines, IA  50306-4846


It's Made In Iowa, LLC
PO Box 399
Schleswig, IA  51461


Jaarsma Bakery
727 Franklin Street
Pella, IA  50219


Jeanne's Handwoven Baskets
Jeanne Dudley
PO Box 151
Troy Mills, IA  52344


Jeanne's Soaps
Jeanne White
960 7th Avenue
Marion, IA  52302

Jeffrey Millhollin
Bennett Leigh Publishing Co.
625 Benton
Corning, IA  50841


Jess's Lock & Key
404 E. 12th Ave.
Indianola, IA  50125-9431


Jessica R. Bartlett
2117 Swan Drive
Norwalk, IA  50211


Jim McDonough Productions, Inc.
PO Box 107
Monticello, IA  52310


JKS Design
Janis Slaughter
1142 - 330th Street
Rhodes, IA  50234


John & Cheryl Broadbent
6175 50th Ave.
Norwalk, IA  50211


John Bascom
PO Box 104
Osceola, IA  50213


John M. Lake
D/B/A Chalkridge Vineyard
2829 Chalkridge Road
Ft. Madison, IA  52627

John Wayne Birthplace
217 S. Second Street
Winterset, IA  50273


Johnson Estate Winery, LLC
PO Box 52
West Main Road
Westfield, NY  14787


Jon & Carol Moberg
3150 Indian Point Drive
Ellston, IA  50074


Juan O Sullivans
36751 Meadowbrook Cr.
Cumming, IA  50061-4440


Juanita S. Scriven
8844 Meredith Derive
Urbandale, IA  50322


Julie King
208 E. Sheridan Ave.
Des Moines, IA  50313


Julie Wills
707 SW 48th St.
Ankeny, IA  50023


Jumpy Monkey Mosaic
Shelley Sadler
405 East McLane, Suite 200
Osceola, IA  50213

Ken Choquette
1410 Pennsylvania Ave.
Des Moines, IA  50316-2258


Kevin & Julie Winchell
Fox Run Vineyards
50639 280th St.
Kelley, IA  50134


Kountry Fixin's
Sue Schcutty
2420 - 23rd Ave.
Marion, IA  52302


Kristi Duus
2314 E. 40th Ct.
Des Moines, IA  50317


Kurt Schade
13042 Sunset Terrace
Clive, IA  50325


Larry & Vi Engbers
1155 Highway 102
Pella, IA  50219


Law Offices Of Serota, Avis & Associates
P OBox 1008
Arlington Heights, IL  60006


Linda Ackelson
9458 Golden Valley Drive
Norwalk, IA  50211-1712

Lisa K. Springer
3082 115th St.
Ellston, IA  50074


Lisa Rhodes
205 NW Cedarwood Drive
Ankeny, IA  50023


Lois M. Forrester
1484 NW 102nd
Clive, IA  50325


LorDEL Linens
Lorraine Hudspeth
115 NW 2nd
Dallas-Melcher, IA  50062


LorDEL Linens
PO Box 1152
2200 SE Winter Park Dr.
Ankeny, IA  50021


LorLen Candles
319 Cedar St.
PO Box 514
Wilton, IA  52778


Lucas McIntire
307 S. Elm St.
Anamosa, IA  52205


Lynda Rolfe Pottery
619 S. State Street
BOX 98
Lamoni, IA  50140

Lynn Cabbage
12628 Highway S6G
Prairie City, IA   50228


M & M Welding
Mark Wilson
16402 Stone Street
Milo, IA   50166


Magic Media
PO Box 905122
Charlotte, NC   28290-5122


Marilyn Lanman
(Be Jeweled)
18561 Erbe Street
Carlisle, IA   50047


Mark & Brenda Erickson
24018 Highway 69
New Virgina, IA   50210


Market Street Gifts
608 Market St.
Harlan, IA   51537


Marsha Greenstein
2513 Emma Ave.
Des Moines, IA   50321


Marshall Greiman Photography
12219 Oak Brook Drive
Urbandale, IA   50323

Martin Mohrfeld
Great Blinds LLC
5174 Parkridge Ave.
Pleasant Hill, IA  50327


Mary Rowen
2970 Highway 17 South
Eagle Grove, IA  50533


Mast Family Farm
25740 Pleasanton Road
Leon, IA  50144


Matt Braffhart
3317 Woodland Avenue
Des Moines, IA  50312


Max & Mary Ann Halter
8048 Ridgeview Drive
Des Moines, IA  50320


MBMA Corp.
PO Box 65272
West Des Moines, IA  50265


Me Me's
Julie Cline
217 E. Hughes Circle
Des Moines, IA  50315


Media Receivable Management
PO Box 320452
Tampa, FL  33679-2452

Media Receivable Management
13899 Biscayne Blvd., Suite 401
N. Miami Beach, FL  33181


Megan Morris
535 Main St.
Carlisle, IA  50047


Midwest Flavors
1941 - 310th Street
Rockwell City, IA  50579


Midwest Office Technology, Inc.
6294 NE 14th St.
Des Moines, IA  50313


MILPET
1909 79th Street
Windsor Heights, IA  50322


Molli Bows
Ellen Graber
185 NW 66th Avenue
Des Moines, IA  50313


Moon Valley Vineyard
145 Highland Avenue
Oskaloosa, IA  52577


Mrs. Tildo's Attic
805 Central Ave.
Fort Dodge, IA  50501


Mrs. Tildo's Attic
1026 2nd Ave., South
Fort Dodge, IA  50501

Nancy's Nifty Bags
Nancy White
5553 Cottonwood Circle
West Des Moines, IA  50266


Natural Element Woodworking
Steve Lamberti
841 SE 61st St.
Pleasant Hill, IA  50327


Naylor Wine Cellars
4069 Vineyard Road
Stewartstown, PA  17363-8478


Newton Manufacturing Co.
1123 1st Avenue East
PO Box 927
Newton, IA  50208-0927


Nomacorc
400 Vintage Park Drive
Zebulon, NC  27597


Norm Wilson
5500 NW 10th St.
Lincoln, NE  68521


Norma Reed
1106 5th Avenue, SW
Altoona, IA  50009


North Skunk Sawmill & Market
396 - 515th Avenue
Searsboro, IA  50242

Nyemaster, Goode,West,Hansell & O'Brien
700 Walnut St., Suite 1600
Des Moines, IA   50309-3899


O Thirty Two Design Group
6905 Hickman Road
Urbandale, IA   50322


Ode Design
2706 Glenwood Drive
Des Moines, IA   50321


Oenophilia
PO Box 1070
Charlotte, NC   28201-1070


Office Max
6305 Mills Civic Parkway
West Des Moines, IA   50266


Oklahoma Ghost Studio
Douglas Fulks
45 N Street
Lake Lotawana, MO   64086


Old Republic Surety Co.
PO Box 1635
Milwaukee, WI   53201


Osage Orange, Etc.
Andres McCurdy
57432 - 260th Ave.O
Chariton, IA   50049

Osceola Chamber - Main Street
100 S. Fillmore
PO Box 425
Osceola, IA  50213


Osceola Farm & Home
PO Box 27
Osceola, IA  50213


Osceola Municipal Services
PO Box 465
Osceola, IA  50213


Osceola Sinclair Service
2769 Highway 69
Weldon, IA  50264


Out Of My Gourd
Barbara Welch
605 E. Northside Drive
Polk City, IA  50226


Oxsana Torres
321 West Clay Street
Osceola, IA  50213


Pam Vacco
2432 SE King Ave.
Des Moines, IA  50320


Patrick J. Harrington
2664 Park Place
Norwalk, IA  50211

Paul A. Harkin
Lyn Enterprises
4804 County Line Road
Cumming, IA  50061


PCG Enterprises
Mark Porter
113 Hartford Drive
Ames, IA  50014


Pepper Purses
March Rupiper
18513 - 235th St.
Carroll, IA  51401


Peppercorn Pantry
911 Parriott St.
PO Box 56
Aplington, IA  50604


Phil Hansen
1914 N. 28th St.
Fort Dodge, IA  50501


Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA  19176-0251


Philip & Jeannie Prindle
3042 195th Ave.
Montrose, IA  52639


Pioneer Communication
316 W. 5th St.
PO Box 2516
Waterloo, IA  50704

Presque Isle Wine Cellars
9440 W. Main Road
North East, PA  16428


Quality Creations
Chris Whitney
3805 5th Avenue #2
Des Moines, IA  50313


Qwest
PO Box 91154
Seattle, WA  98111-9254


R & S Lawn / Snow Services
725 S. Jackson
Osceola, IA  50213


RAArtworks
1860 - 320th St.
Redding, IA  50860


RADA Cutlery
Sundi & Brad Ruppert
5190 Fulton Street
Norwalk, IA  50211


Rafter R Ranch
2769 - 250th St.
Clutier, IA  52217


Ramaker Screen Printing
1420 110th Place
Knoxville, IA  50138

Randol Honey Farm
2505 Carriage Trail
Winterset, IA   50273


Randy Willey
1445 N. 8th Street E
Newton, IA   50208


Rebearth Products, Inc.
123 E. Center Street
PO Box 139
Truro, IA   50257


Receivable Management Services
PO Box 523
Richfield, OH   44286


Rick Conn
631 Taft Street
Osceola, IA   50213-1070


Robert & Jean Meinders
3139 Vermont St.
New Virginia, IA   50210-9176


Robert & Marlene Hinz
PO Box 547
Mount Ayr, IA   50854


Robert & Renee Mulvihill
3114 Cumming Road
Cumming, IA   50061


Robert Conn
3082 115th St.
Ellston, IA   50074

Robin Leonard
2589 St. Charles Road
Winterset, IA   50273


Robin Porter
9627 Buchanan Trail
Norwalk, IA   50211


Robinson's Of Osceola, Inc.
127 S. Main Street
Osceola, IA   50213


Rocca Design
Eldon Rocca
1335 60th St.
Des Moines, IA   50311


Rock Power Pizza
4211 SW 9th St.
Des Moines, IA   50315


Roger & Rebecca Van Wyk
4810 Caldwell Court
Pleasant Hill, IA   50327-0914


Ron & Linda Mark
15101 Fairfax
Indianola, IA   50125


Ron Rainey
1244 Valley Drive
Ellston, IA   50074

Rose 2 Health
Rose Conley
8133 Lakeshore Drive
Dexter, IA   50070


Rose L. Olson
3389 230th St.
Murray, IA   50174


Rushco-Crooked River
3799 Village Run Drive, Unit 103
Des Moines, IA   50317


Rustic Hills Farm
3936 University Ave., Apt. 1
Des Moines, IA   50311


Sally's Studio
1109 South 10th Place
Clear Lake, IA   50428


Samantha Meinders
3139 Vermont Street
New Virginia, IA   50210-9176


Scott Laboratories
2220 Pine View Way
Petaluma, CA   94954-5687


Shimmerz Candle Vases
Connie Denny
14258 - 260th Street
Delta, IA   52550

Shull & Co., P.C.
1111 North Jefferson
Indianola, IA  50125


Simplex Grinnell
District 362
4829 S. 115th St.
Omaha, NE  68137-2366


Simplex Grinnell
Dept. Ch. 10320
Palatine, IL  60055-0320


Small And Brewer, PLC
4090 Westown Parkway, Suite A-1
West Des Moines, IA  50266


Solutions!
PO Box 359
Osceola, IA  50213


Sorensen Studios/Freedom Rock
Ray Sorensen
509 SE Kent Street
Greenfield, IA  50849


Spa Prints LLC / Morganbodie Organics
34093 Mill Creek Circle
Adel, IA  50003


Steve Kephart
2756 - 250th
Mount Ayr, IA  50854-8979

Stock Talk, LLC
Kent Stock
2135 Timber Creek Drive
Marion, IA  52302


Strauss Safe & Lock
4663 121st Street
Des Moines, IA  50323


Sue Crawford
1058 Harken Hills
Osceola, IA  50213


Sue Rolffs
858 - 197th Place
Pella, IA  50219


Summerset Winery
Ron & Linda Mark
15101 Fairfax St.
Indianola, IA  50125-8346


Suzette's
2837 Ingersoll Ave.
Des Moines, IA  50309


Sweet Sugar Baby
3402 Scenic Vista Drive
West Des Moines, IA  50265


Sweets By JoAnn
JoAnn Latta
4121 Leonard Place
Des Moines, IA  50310

Tami J. Frazer
923 E. 17th, Apt. 50
Norwalk, IA  50211


Tangled Oak, LLC, Tomas Miller S
David Harvey
13211 Forest Circle
Clive, IA  50325


Tatting By Betty
Betty Haas
3662 Ingersoll Ave., Apt. 402
Des Moines, IA  50312


Tawny D. Waske
2026 Garden St.
Osceola, IA  50213


TeleSupport, Inc.
660 N.E. 54th Ave.
Des Moines, IA  50313


Templeton Rye Spirits, LLC
W. Scott Bush
E. 209 3rd Street
Templeton, IA  51463


Terry Fox
19167 - 195th Street
Leon, IA  50144


That Iowa Girl
Collette Johnson
120 4th Ave., NW
Carlion, IA  50525

That's Different
4116 Maryland Pike
Des Moines, IA  50310


The Exchange
113 S. 1st Ave.
PO Box 349
Winterset, IA  50273


The Funky Brush
Stacy & Michael Bonham
913 W. Washington St.
Winterset, IA  50273


The Glass Bouquet
712 J Avenue
Nevada, IA  50201


The Grape Gourmet
Martha Davis
23774 Keokuk Street
Pleasantville, IA  50225


The Messenger
Leanne Darr
713 Central Avenue
Fort Dodge, IA  50501


The Nutty Bavarian
Carl & Connie Smith
815 W. 3rd Street
Cedar Falls, IA  50613


The Olde Glass Factory
Eddie Hesalroad
11558 Hickory Avenue
Greene, IA  50636

The Walnut Box
Dave Johnson
613 - 33rd Ave. N.
Clinton, IA  52732


Todd's Woodcarving & Woodburning
Todd Olstad
624 Linnwill Place
West Des Moines, IA  50265


Tracy Hawbaker Accessories
35568 Nome Court
DeSoto, IA  50069


Travelers Directory Service
18 Meadowlark Lane
North Oaks, MN  55127


Treasurer State Of Iowa
Capitol Building
Des Moines, IA  50319


TRW&G, LLC
1400 West Clay Street
Osceola, IA  50213


Tussa
Jean Mienders
3139 Vermont St.
New Virginia, IA  50210


Two Rivers Candles Co,. LLC
Donna Drake
3203 E. 13th St.
Des Moines, IA  50316

Two Rivers Candles Co., LLC
Donna Drake
1140 NW 67th Place
Des Moines, IA  50313


Two Sisters Pantry, LLC
Dawn Fee
2811 SE 22nd #330
Des Moines, IA  50320


United Parcel Service (UPS)
Supply Chain Solutions
28013 Network Place
Chicago, IL  60673-1280


United States Postal Service
104 S. Filmore St.
Osceola, IA  50213


Universal Printing Services
2828 Fifth Avenue
Des Moines, IA  50313


Uptown Ankeny Farmer's Market
PO Box 461
Ankeny, IA  50021


Urbandale Golf & Country Club
4000 86th Street
Urbandale, IA  50322-2358


Valley Junction Farmer's Market
217 - 5th Street
West Des Moines, IA  50265

```
Valley West DM
3100 West Lake Street, Suite 215
Minneapolis, MN  55416-4597


Valley West Mall
1551 Valley West Drive, Suite 400
West Des Moines, IA  50266


Van Gorp Insurors, LTD.
723 Main Street
PO Box 85
Pella, IA  50219


Vander Ploeg Bakery
711 Franklin Street
Pella, IA  50219


Victoria Eckstate
6347 NE 46th St.
Altoona, IA  50009


Vinquiry
7795 Bell Road
Windsor, CA  95492


Vitro Packaging, Inc.
PO Box 674144
Dallas, TX  75267-4144


Walkers
2860 Route 39
Forestville, NY  14062-9668


Wash & Weigh
805 Warren Avenue
Osceola, IA  50213
```

Waste Connections Of Creston
710 E. Monroe St.
Creston, IA  50801-3262


Waste Management Of Creston
PO Box 9001054
Louisville, KY  40290-1054


Waterloo Container Co.
2311 Route 44
PO Box 262
Waterloo, NY  13165


Waukee Farmer's Market
PO Box 805
Waukee, IA  50263


Weisshaar Family Farm
Jean Weisshaar
1680 Highway 25
Creston, IA  50801


WH Sutton Mechanical
130 S. Filmore St.
Osceola, IA  50213


What's For Dinner
802 SE Oralabor Rd., Suite 108
Ankeny, IA  50021


White Tree Farm
Mike White
1406 South G Street
Indianola, IA  50125

William & Jean Smith
4816 Pleasant St.
Des Moines, IA  50312


William & Patricia McGill
1909 80th Street
Windsor Heights, IA  50322


William Oviatt
2471 Hiatt Apple Trail
Winterset, IA  50273


Windsong Designs
Jan Swinton
2658-B Reed Ave.
Marshalltown, IA  50158


Wine Racks By Design
Dennis Zaabel
1102 S. 50th Street
West Des Moines, IA  50265


Wood 'N' Heirlooms
Leo Young
19696 Grand Ave.
Council Bluffs, IA  51503


Woodlink
Ron Rainey
1500 Woodlink Drive
Mount Ayr, IA  50854


X-Steggerous Designs
Karen Steggerda
6050 Nottingham Drive
Johnston, IA  50131

```
Zapf Creations
Dick Zapf
5114 Panorama Drive.
Panora, IA  50216
```